**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Robert Lee Boltz<br>      Linda L. Boltz<br><br>                Debtors | CHAPTER 13<br><br>BKY. NO. 18-16837 REF |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of Nationstar Mortgage as servicer for The Bank of New York Mellon as Indenture Trustee for Nationstar Home Equity Loan Trust 2009-A and index same on the master mailing list.

                                    Respectfully submitted,
                                    **/s/ Kevin G. McDonald, Esq.**
                                    Kevin G. McDonald, Esquire
                                    KML Law Group, P.C.
                                    701 Market Street, Suite 5000
                                    Philadelphia, PA 19106-1532
                                    (215) 627-1322