**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | |
|---|---|
| **IN RE:** | **CASE NO.: 18-16837-ref** |
| **Robert Lee Boltz,** | **CHAPTER 13** |
|     **Debtor,** | |
| **Linda L Boltz,** | |
|     **Joint Debtor.** | |
| _____/ | |

## REQUEST FOR SERVICE OF NOTICES

**PLEASE TAKE NOTICE THAT,** on behalf of THE BANK OF NEW YORK MELLON AS INDENTURE TRUSTEE FOR NATIONSTAR HOME EQUITY LOAN TRUST 2009-A ("Secured Creditor"), and pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**RAS CRANE, LLC**
**BANKRUPTCY DEPARTMENT**
**10700 ABBOTT'S BRIDGE ROAD, SUITE 170**
**DULUTH, GA 30097**

                                     RAS Crane, LLC
                                     Authorized Agent for Secured Creditor
                                     10700 Abbott's Bridge Road, Suite 170
                                     Duluth, GA 30097
                                     Telephone: 470-321-7112
                                     Facsimile: 404-393-1425
                                     By: /s/Kevin Buttery
                                     Kevin Buttery, Esquire
                                     Email: kbuttery@rascrane.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on January 15, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

LEONARD ZAGURSKIE, JR
110 West Main Avenue, 1st Floor
Myerstown, PA 17067

Robert Lee Boltz
210 Ft Henry Rd
Bethel, PA 19507

Linda L Boltz
210 Ft Henry Rd
Bethel, PA 19507

SCOTT WATERMAN
Chapter 13 Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

> RAS Crane, LLC
> Authorized Agent for Secured Creditor
> 10700 Abbott's Bridge Road, Suite 170
> Duluth, GA 30097
> Telephone: 470-321-7112
> Facsimile: 404-393-1425
> By: /s/Kevin Buttery
> Kevin Buttery, Esquire
> Email: kbuttery@rascrane.com