United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Robert Lee Boltz
Linda L Boltz
    Debtors

Case No. 18-16837-ref
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: Keith     Page 1 of 1     Date Rcvd: May 07, 2019
Form ID: trc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 09, 2019.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14224248     E-mail/PDF: cbp@onemainfinancial.com May 08 2019 02:48:55     ONEMAIN,    PO BOX 3251,    EVANSVILLE, IN. 47731-3251
                                                                                                                                                          TOTAL: 1

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                      TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 09, 2019                                                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 7, 2019 at the address(es) listed below:
      KEVIN G. MCDONALD    on behalf of Creditor    The Bank of New York Mellon as Indenture Trustee for Nationstar Home Equity Loan Trust 2009-A bkgroup@kmllawgroup.com
      KEVIN M. BUTTERY    on behalf of Creditor    The Bank of New York Mellon as Indenture Trustee for Nationstar Home Equity Loan Trust 2009-A kbuttery@rascrane.com
      LEONARD    ZAGURSKIE, JR    on behalf of Debtor Robert Lee Boltz lzaglaw.usa@startmail.com
      LEONARD    ZAGURSKIE, JR    on behalf of Joint Debtor Linda L Boltz lzaglaw.usa@startmail.com
      ROLANDO    RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com, ecf_frpa@trustee13.com
      SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM    MILLER*R    on behalf of Trustee WILLIAM    MILLER*R ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com
                                                                                                                                                      TOTAL: 8

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 18-16837-ref
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Robert Lee Boltz<br>210 Ft Henry Rd<br>Bethel PA 19507 | Linda L Boltz<br>210 Ft Henry Rd<br>Bethel PA 19507 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 05/07/2019.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 2: ONEMAIN, PO BOX 3251, EVANSVILLE, IN. 47731-3251 | Portfolio Recovery Associates, LLC<br>PO Box 41067<br>Norfolk, VA 23541 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    05/09/19

Tim McGrath
**CLERK OF THE COURT**