United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 18-16837-elf
Robert Lee Boltz                                                        Chapter 13
Linda L Boltz
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: BarbaraS              Page 1 of 3              Date Rcvd: Jun 24, 2019
                              Form ID: 152                Total Noticed: 76

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 26, 2019.
```
db/jdb         +Robert Lee Boltz,    Linda L Boltz,    210 Ft Henry Rd,    Bethel, PA 19507-9546
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg            +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
cr             +Collins Asset Group, LLC,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd, Suite #200,
                 Tucson, AZ 85712-1083
14212838       +Barclays Bank Delaware,    Attn: Correspondence,    Po Box 8801,    Wilmington, DE 19899-8801
14212839       +Bill Bowman,    167 Naftzingertown Rd,    Mohrsville, PA 19541-9786
14212841       +Bryant State Bank/CCS,    Attn: Bankruptcy,    Po Box 215,    Bryant, SD 57221-0215
14212842       +Build Card,    Attn: Bankruptcy,    Po Box 9203,    Old Bethpage, NY 11804-9003
14212845        CBCS,    PO BOX 2724,    COLUMBUS, OH 43216-2724
14212851      ++CONTINENTAL FINANCE COMPANY LLC,    PO BOX 8099,    NEWARK DE 19714-8099
               (address filed with court: Continental Finance Company,     Attn: Bankruptcy,    Po Box 8099,
                 Newark, DE 19714)
14243645        Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
14212846       +Citibank/Best Buy,    Attn: Bankruptcy,    Po Box 790441,    St. Louis, MO 63179-0441
14212847       +Citibank/Sears,    Centralized Bankruptcy,    Po Box 790034,    St Louis, MO 63179-0034
14212848       +Citibank/Sunoco,    Citibank Corp/Centralized Bankruptcy,    Po Box 790034,
                 St Louis, MO 63179-0034
14212849       +Citicards,    Citicorp Credit Services/Attn: Centraliz,    Po Box 790040,
                 Saint Louis, MO 63179-0040
14235319       +Collins Asset Group, LLC.,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd., Suite 200,
                 Tucson, AZ 85712-1083
14212854       +First Nataional Bank/Legacy,    Attn: Bankruptcy,    Po Box 5097,    Sioux Falls, SD 57117-5097
14212855       +First National Bank,    Attn: Tina,    1620 Dodge St Mailstop 4440,    Omaha, NE 68197-0002
14216020       +First National Bank of Omaha,    1620 Dodge Street, Stop code 3105,    Omaha, NE 68197-0002
14212856       +First Premier Bank,    Attn: Bankruptcy,    Po Box 5524,    Sioux Falls, SD 57117-5524
14212857       +First Saving Bank / Blaze,    Attn: Bankruptcy,    Po Box 5096,    Sioux Falls, SD 57117-5096
14212858       +First Savings Credit Card,    Attn: Bankruptcy Department,    Po Box 5019,
                 Sioux Falls, SD 57117-5019
14212859       +Fox and Fox, Attorneys at Law, P.C.,    425 Swede Street, Suite 706,    One Montgomery Plaza,
                 Norristown, PA 19401-4853
14212862       +GOOD SAMARITAN HOSPITAL,    ATTN PATIENT ACCOUNTING,    PO BOX 1281,    LEBANON, PA 17042-1281
14212863       +GOOD SAMARITAN PHYSICIAN SERVICES,    PO BOX 300,    LEBANON, PA 17042-0300
14212865       +LEBANON ANES ASSOC LTD,    PO BOX 638446,    CINCINNATI, OH 45263-8446
14212866       +LendingUSA,    Attn: Bankruptcy Dept,    15303 Ventura Blvd. Suite 850,
                 Sherman Oaks, CA 91403-6630
14212867       +Lendmark Financial Services,    1735 North Brown Road,    Suite 300,
                 Lawrenceville, GA 30043-8228
14250209       +Leonard Zagurskie, Jr,    Law Office of Leonard Zagurskie, Jr,    110 West Main Avenue 1st Flr,
                 Myerstown, PA 17067-1019
14212868       +Mariner Finance, Llc,    8211 Town Center Dr,    Nottingham, MD 21236-5904
14212870       +Mr. Cooper,    Attn: Bankruptcy,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
14248583       +Nationstar Mortgage,    c/o Kevin G. McDonald, Esq.,    701 Market Street, Ste 5000,
                 Philadelphia, PA 19106-1541
14212872       +North Shore Agency,    PO Box 9221,    Old Bethpage, NY 11804-9021
14212875        PEERLESS CREDIT SERVICES INC,    PO BOX 518,    MIDDLETOWN, PA 17057-0518
14212876        QUEST DIAGNOSTICS,    PO BOX 740775,    CINCINNATI, OH 45274-0775
14212877        QUEST Diagnostics - MR 461,    PO Box 4911,    Southeastern, PA  19398-4911
14212878      ++SNAP ON CREDIT LLC,    950 TECHNOLOGY WAY,    SUITE 301,    LIBERTYVILLE IL 60048-5339
               (address filed with court: SNAP ON CREDIT,     ATTN BANKRUPTCY,    950 TECHNOLOGY WAY SUITE 301,
                 LIBERTYVILLE, IL 60048)
14258408       +The Bank of New York Mellon,    RAS Crane, LLC,    c/o Kevin Buttery, Esq.,
                 10700 Abbott's Bridge Road, Ste 170,    Duluth, GA 30097-8461
14234570       +The Bank of New York Mellon,    PO Box 619096,    Dallas TX 75261-9096
14212883        UNIVERSAL FIDELITY LP,    PO BOX 219785,    Houston, TX 77218-9785
14212853      ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court: Elan Financial Service,     Attn: Bankruptcy,    4801 Frederica Street,
                 Owensboro, KY 42301)
14212884        WELLSPAN HEALTH,    PO BOX 742688,    CINCINNATI, OH 45274-2688
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 25 2019 03:09:23
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 25 2019 03:09:58      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 25 2019 03:19:24
                 PRA Receivables Management LLC,    POB 41067,    Norfolk, VA 23541-1067
```

```
District/off: 0313-4          User: BarbaraS            Page 2 of 3             Date Rcvd: Jun 24, 2019
                              Form ID: 152              Total Noticed: 76


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14212840       +E-mail/Text: legal@blirentals.com Jun 25 2019 03:09:07      BLI Rentals, LLC,   PO Box 992,
                 Emporia, KS 66801-0992
14212843       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 25 2019 03:17:59      Capital One,
                 Attn: Bankruptcy,   Po Box 30285,   Salt Lake City, UT 84130-0285
14238473        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 25 2019 03:16:47
                 Capital One Bank (USA), N.A.,   PO Box 71083,   Charlotte, NC 28272-1083
14212844       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 25 2019 03:19:19      Capital One Na,
                 Attn: General Correspondence/Bankruptcy,    Po Box 30285,   Salt Lake City, UT 84130-0285
14238474        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 25 2019 03:18:00      Capital One, N.A.,
                 PO Box 71083,   Charlotte, NC 28272-1083
14212850       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 25 2019 03:09:08      Comenity Bank/Blair,
                 Attn: Bankruptcy Dept,   Po Box 182125,   Columbus, OH 43218-2125
14212852       +E-mail/PDF: creditonebknotifications@resurgent.com Jun 25 2019 03:16:56      Credit One Bank,
                 Attn: Bankruptcy,   Po Box 98873,   Las Vegas, NV 89193-8873
14241611       +E-mail/Text: bankruptcy@fult.com Jun 25 2019 03:10:21      FULTON BANK, N.A.,
                 Special Assets 5th Floor,   One Penn Square,   Lancaster, PA 17602-2853
14212860       +E-mail/Text: bankruptcy@fult.com Jun 25 2019 03:10:21      Fulton Bank,   1695 E State St,
                 E Petersburg, PA 17520-1328
14212861       +E-mail/Text: GenesisFS@ebn.phinsolutions.com Jun 25 2019 03:10:21      Genesis Bc/celtic Bank,
                 Attn: Bankruptcy,   268 South State Street Ste 300,   Salt Lake City, UT 84111-5314
14212864       +E-mail/Text: bncnotices@becket-lee.com Jun 25 2019 03:08:54      Kohls/Capital One,
                 Kohls Credit,   Po Box 3120,   Milwaukee, WI 53201-3120
14226895        E-mail/Text: ktramble@lendmarkfinancial.com Jun 25 2019 03:08:49
                 LENDMARK FINANCIAL SERVICES, LLC,   2118 USHER STREET,   COVINGTON, GA 30014
14244964        E-mail/PDF: resurgentbknotifications@resurgent.com Jun 25 2019 03:17:00      LVNV Funding, LLC,
                 Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
14243802        E-mail/Text: bkr@cardworks.com Jun 25 2019 03:08:49      MERRICK BANK,
                 Resurgent Capital Services,   PO Box 10368,   Greenville, SC 29603-0368
14212869       +E-mail/Text: bkr@cardworks.com Jun 25 2019 03:08:49      Merrick Bank/CardWorks,
                 Attn: Bankruptcy,   Po Box 9201,   Old Bethpage, NY 11804-9001
14212871       +E-mail/Text: Bankruptcies@nragroup.com Jun 25 2019 03:10:19      National Recovery Agency,
                 Attn: Bankruptcy,   Po Box 67015,   Harrisburg, PA 17106-7015
14224248        E-mail/PDF: cbp@onemainfinancial.com Jun 25 2019 03:19:11      ONEMAIN,   PO BOX 3251,
                 EVANSVILLE, IN. 47731-3251
14212873       +E-mail/PDF: cbp@onemainfinancial.com Jun 25 2019 03:16:41      OneMain Financial,
                 Attn: Bankruptcy,   601 Nw 2nd Street,   Evansville, IN 47708-1013
14212874       +E-mail/Text: bankruptcynotices@psecu.com Jun 25 2019 03:10:12      P S E C U,
                 Attention: Bankruptcy,   Po Box 67013,   Harrisburg, PA 17106-7013
14240672        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 25 2019 03:18:02
                 Portfolio Recovery Associates, LLC,   POB 41067,   Norfolk VA 23541
14243664       +E-mail/Text: bankruptcynotices@psecu.com Jun 25 2019 03:10:12      PSECU,   PO BOX 67013,
                 HARRISBURG, PA 17106-7013
14236299        E-mail/Text: bnc-quantum@quantum3group.com Jun 25 2019 03:09:15
                 Quantum3 Group LLC as agent for,   GPCC I LLC,   PO Box 788,   Kirkland, WA 98083-0788
14245791        E-mail/Text: bnc-quantum@quantum3group.com Jun 25 2019 03:09:15
                 Quantum3 Group LLC as agent for,   Comenity Capital Bank,   PO Box 788,
                 Kirkland, WA 98083-0788
14213112       +E-mail/PDF: gecsedi@recoverycorp.com Jun 25 2019 03:16:42      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
14212879       +E-mail/PDF: gecsedi@recoverycorp.com Jun 25 2019 03:19:12      Synchrony Bank/Care Credit,
                 Attn: Bankruptcy Dept,   Po Box 965061,   Orlando, FL 32896-5061
14212880       +E-mail/PDF: gecsedi@recoverycorp.com Jun 25 2019 03:19:15      Synchrony Bank/Walmart,
                 Attn: Bankruptcy Dept,   Po Box 965060,   Orlando, FL 32896-5060
14212881       +E-mail/PDF: gecsedi@recoverycorp.com Jun 25 2019 03:16:42
                 Synchrony/Ashley Furniture Homestore,   Attn: Bankruptcy,   Po Box 965064,
                 Orlando, FL 32896-5064
14212882       +E-mail/Text: media@trueaccord.com Jun 25 2019 03:10:20      Trueaccord,
                 303 2nd Street Suite 750,   San Francisco, CA 94107-2543
                                                                                              TOTAL: 31

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             +Synchrony Bank,   c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
14237573*      ++LENDMARK FINANCIAL SERVICES,   2118 USHER ST,   COVINGTON GA 30014-2434
                 (address filed with court: LENDMARK FINANCIAL SERVICES, LLC,    2118 USHER STREET,
                 COVINGTON, GA 30014)
14245267*      +Mariner Finance, LLC,   8211 Town Center Drive,   Nottingham, MD 21236-5904
14321121*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
                 (address filed with court: Portfolio Recovery Associates, LLC,    PO Box 41067,
                 Norfolk, VA 23541)
14247687*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
                 (address filed with court: Portfolio Recovery Associates, LLC,    POB 41067,   Norfolk VA 23541)
                                                                                   TOTALS: 0, * 5, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0313-4          User: BarbaraS              Page 3 of 3              Date Rcvd: Jun 24, 2019
                              Form ID: 152                Total Noticed: 76
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 26, 2019                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 24, 2019 at the address(es) listed below:

```
              KEVIN G. MCDONALD    on behalf of Creditor   The Bank of New York Mellon as Indenture Trustee for
               Nationstar Home Equity Loan Trust 2009-A bkgroup@kmllawgroup.com
              KEVIN M. BUTTERY    on behalf of Creditor   The Bank of New York Mellon as Indenture Trustee for
               Nationstar Home Equity Loan Trust 2009-A kbuttery@rascrane.com
              LEONARD    ZAGURSKIE, JR    on behalf of Debtor Robert Lee Boltz lzaglaw.usa@startmail.com
              LEONARD    ZAGURSKIE, JR    on behalf of Joint Debtor Linda L Boltz lzaglaw.usa@startmail.com
              ROLANDO    RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
               ecfmail@readingch13.com, ecf_frpa@trustee13.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM    MILLER*R    on behalf of Trustee WILLIAM   MILLER*R ecfemail@FredReigleCh13.com,
               ECF_FRPA@Trustee13.com
                                                                                             TOTAL: 8
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Robert Lee Boltz and Linda L Boltz
    Debtor(s)

Case No: 18−16837−elf
Chapter: 13

---

### NOTICE OF RESCHEDULED HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Eric L. Frank

, United States Bankruptcy Court 8/29/19 at 10:00 AM , in Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

 

For The Court

Timothy B. McGrath
Clerk of Court