WWR# 040415970

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>ROBERT LEE BOLTZ<br>LINDA L BOLTZ<br>　　　　　　　　　Debtors<br><br>PSECU<br>　　　　　　　　　Movant | CASE NO.  18-16837-elf<br><br>CHAPTER 13<br><br>**Hearing Date: 8/29/2019**<br>**Hearing Time: 11:00 a.m.** |

**NOTICE OF MOTION, RESPONSE DEADLINE**
**AND HEARING DATE**

　　　　Movant has filed a Motion for Relief from Automatic Stay with the court for relief from the automatic stay to permit Movant to repossess one 2008 Dodge Ram, VIN # 1D7HU18258J227408.

　　　　**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney.)**

　　　　1.　　If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before 8/20/2019 you or your attorney must do <u>all</u> of the following:

　　　　　　(a)　　file an answer explaining your position at

　　　　　　　　U.S. Bankruptcy Clerk
　　　　　　　　U.S. Bankruptcy Court
　　　　　　　　The Madison Building
　　　　　　　　400 Washington Street, Suite 300
　　　　　　　　Reading, PA 19601

　　　　If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

　　　　　　(b)　　mail a copy to the Movant's attorney:

　　　　　　　　Brian Langford
　　　　　　　　Weltman, Weinberg & Reis Co., L.P.A.
　　　　　　　　436 Seventh Avenue
　　　　　　　　Suite 2500
　　　　　　　　Pittsburgh, PA 15219
　　　　　　　　(412) 338-7102

　　　　2.　　If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

　　　　3.　　A hearing on the Motion is scheduled to be held before the Honorable Eric L. Frank, on 8/29/2019, at 11:00 a.m., U.S. Bankruptcy Court, The Madison Building, 400 Washington Street, Courtroom # 1 (MAD), Reading, PA, 19601.   Unless the Court orders otherwise, the hearing on this contested matter will be an evidentiary hearing at which witnesses may testify with respect to disputed material, factual issues in the manner directed by Fed R. Bankr. P.9014(d).

      4.      If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

      5.      You may contact the Bankruptcy Clerk's office at (610) 208-5040 to find out whether the hearing has been canceled because no one filed an answer.

Date: 8/6/2019

/s/ Brian Langford
Brian Langford
Weltman, Weinberg & Reis Co., L.P.A.
436 7th Avenue Ste 2500
Pittsburgh, PA 15219
(412) 338-7102
Attorney for Movant