WWR# 040415970

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>ROBERT LEE BOLTZ<br>LINDA L BOLTZ<br>　　　　　　　　Debtors<br><br>PSECU<br>　　　　　　　　Movant | CASE NO. 18-16837-elf<br><br>CHAPTER 13<br><br>**Hearing Date: 8/29/2019**<br>**Hearing Time: 11:00 a.m.** |

REQUEST FOR ADMISSIONS

Pursuant to F.R.C.P. 36, Movant hereby requests the following admissions of the Respondent:

1. The Respondent/Debtor, PSECU, has failed to make the payments that were due to Movant on the dates listed below and in the amounts listed below:

    (a) One (1) partial monthly payment of $311.94, due on 4/17/2019.

    (b) One (1) monthly payment of $322.49, due on 5/17/2019.

    (c) One (1) monthly payment of $322.49, due on 6/17/2019.

    (d) One (1) monthly payment of $322.49, due on 7/17/2019.

Respectfully Submitted

WELTMAN, WEINBERG & REIS CO., L.P.A.

/s/ Brian Langford
Brian Langford
Weltman, Weinberg & Reis Co., L.P.A.
436 7th Avenue Ste 2500
Pittsburgh, PA 15219
(412) 338-7102
Attorney for Movant