WWR# 040426402

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>ROBERT LEE BOLTZ<br>LINDA L BOLTZ<br>                    Debtors<br><br>PSECU<br>                    Movant | CASE NO. 18-16837-elf<br><br>CHAPTER 13<br><br>**Hearing Date: 9/12/2019**<br>**Hearing Time: 11:00 a.m.** |

REQUEST FOR ADMISSIONS

Pursuant to F.R.C.P. 36, Movant hereby requests the following admissions of the Respondent:

1. The Respondent/Debtor, PSECU, has failed to make the payments that were due to Movant on the dates listed below and in the amounts listed below:

    (a) One (1) partial monthly payment of $396.73, due on 4/22/2019.

    (b) One (1) monthly payment of $398.09, due on 5/22/2019.

    (c) One (1) monthly payment of $398.09, due on 6/22/2019.

    (d) One (1) monthly payment of $398.09, due on 7/22/2019.


                    Respectfully Submitted

                    WELTMAN, WEINBERG & REIS CO., L.P.A.

                    /s/ Brian Langford
                    Brian Langford
                    Weltman, Weinberg & Reis Co., L.P.A.
                    436 7th Avenue Ste 2500
                    Pittsburgh, PA 15219
                    (412) 338-7102
                    Attorney for Movant