WWR# 040415970

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>ROBERT LEE BOLTZ<br>LINDA L BOLTZ<br>　　　　　Debtors | CASE NO.  18-16837-elf<br><br>CHAPTER 13<br><br>Nature of Proceeding:<br>Stipulation Resolving Motion for Relief from Automatic Stay |
| PSECU<br>　　　　　Movant | Related to Doc. No. 40 |

# PRAECIPE TO WITHDRAW STIPULATION RESOLVING MOTION FOR RELIEF FROM AUTOMATIC STAY

　　CHECK ONE:

☒　　The undersigned hereby withdraws the above identified pleading with the consent of the opposition, if any.


Dated  8/27/2019

　　　　　　　　　　　　　　　　/s/ Brian Langford
　　　　　　　　　　　　　　　　Brian Langford
　　　　　　　　　　　　　　　　Attorney for Movant
　　　　　　　　　　　　　　　　PA ID# 324884 blangford@weltman.com
　　　　　　　　　　　　　　　　436 Seventh Avenue, Suite 2500
　　　　　　　　　　　　　　　　Pittsburgh, PA  15219
　　　　　　　　　　　　　　　　(412) 338-7102