WWR# 040415970

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>ROBERT LEE BOLTZ<br>LINDA L BOLTZ<br>                        Debtors<br><br>PSECU<br>                        Movant | CASE NO. 18-16837-elf<br><br>CHAPTER 13<br>Related to Doc No.s: 36, 39<br>**Hearing Date: 8/29/2019**<br>**Hearing Time: 11:00 a.m.** |

**STIPULATION RESOLVING MOTION FOR RELIEF FROM AUTOMATIC STAY**

Now this _____ day of _____, 2019. Upon the Motion of Motion by PSECU for Relief from Automatic Stay and the Response filed by the Debtor. Upon statements of counsel, the evidence and law:

This Court FINDS the PSECU, Movant herein, is a creditor of the estate by virtue of a certain Retail Installment Contract with the Debtor, secured by a 2008 Dodge Ram, VIN: 1D7HU18258J227408 that the Movant has not been adequately protected and that Movant is entitled to the relief prayed for in accordance with the terms set forth herein.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that PSECU be and is hereby granted relief from the Automatic Stay to take the necessary steps to repossess and liquidate its collateral referenced herein.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that said relief shall be stayed so long as the Debtor makes each and every payment in a timely and complete manner beginning with the 9/17/2019 payment which must be paid in full in the amount of $322.49 to PSECU at 1500 Elmerton Ave, Harrisburg, PA 17110, on 9/17/2019. The Debtor must also amend the plan within thirty (30) days of the entry of this Stipulation to cure Movant's arrears totaling $2,507.90 ($1,601.90 arrears payments plus $906.00 attorney fees/cost) through the Debtor's Chapter 13 Plan and remain current. Regular payments are due to Movant on or before the 17th day of each month. Should the Debtor default in any payment, notice will be sent to Debtor's counsel advising of said default. If the default is not cured within 10 days as of the date of the notice, Movant's counsel shall file a Certificate of Default with the Court and a proposed Order requesting final relief from the automatic stay. Movant shall only be required to notify Debtor's counsel of one default. Any Certificate of default filed with the Court shall indicate that Creditor's counsel has confirmed that no payments have been made to PSECU.

 

                                                                               Honorable Eric L. Frank
                                                                               United States Bankruptcy Judge

| | | |
|---|---|---|
| /s/ Brian Langford | For Trustee Scott F. Waterman | |
| Attorney for Movant | 2901 St Lawrence Ave | Attorney for Debtor |
| Brian Langford | Suite 100 | Leonard Zagurskie, Jr. |
| Weltman, Weinberg & Reis Co., L.P.A. | Reading, PA 19606-2265 | Law Office of Leonard Zagurskie, Jr. |
| 436 Seventh Avenue, Suite 2500 | | 110 West Main Ave, 1st Floor |
| Pittsburgh, PA  15219 | | Myerstown, PA 17067 |