WWR# 040415970

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
ROBERT LEE BOLTZ
LINDA L BOLTZ
                Debtors

PSECU
                Movant

CASE NO. 18-16837-elf

CHAPTER 13
Related to Doc No.s: 36, 39
Hearing Date: 8/29/2019
Hearing Time: 11:00 a.m.

## STIPULATION RESOLVING MOTION FOR RELIEF FROM AUTOMATIC STAY

Now this __27th__ day of __August__, 2019. Upon the Motion of Motion by PSECU for Relief from Automatic Stay and the Response filed by the Debtor. Upon agreement of the parties, [2008 Dodge Ram VIN 1D7HU18258J227408]

IT IS THEREFORE ORDERED, that PSECU be and is hereby granted relief from the Automatic Stay to take the necessary steps to repossess and liquidate its collateral.

IT IS FURTHER ORDERED, that said relief shall be stayed so long as the Debtor makes each and every payment in a timely and complete manner beginning with the 9/17/2019 payment which must be paid in full in the amount of $322.49 to PSECU at 1500 Elmerton Ave, Harrisburg, PA 17110, on 9/17/2019. The Debtor must also amend the plan within thirty (30) days of the entry of this Stipulation to cure Movant's arrears totaling $2,507.90 ($1,601.90 arrears payments plus $906.00 attorney fees/cost) through the Debtor's Chapter 13 Plan and remain current. Regular payments are due to Movant on or before the 17th day of each month. Should the Debtor default in any payment, notice will be sent to Debtor's counsel advising of said default. If the default is not cured within 10 days as of the date of the notice, Movant's counsel shall file a Certificate of Default with the Court and a proposed Order requesting final relief from the automatic stay. Movant shall only be required to notify Debtor's counsel of one default. Any Certificate of default filed with the Court shall indicate that Creditor's counsel has confirmed that no payments have been made to PSECU.

_____
Honorable Eric L. Frank
United States Bankruptcy Judge

/s/ Brian Langford
Attorney for Movant
Brian Langford
Weltman, Weinberg & Reis Co., L.P.A.
436 Seventh Avenue, Suite 2500
Pittsburgh, PA 15219

For Trustee William C. Miller
2901 St Lawrence Ave
Suite 100
Reading, PA 19606-2265

Attorney for Debtor
Leonard Zagurskie, Jr.
Law Office of Leonard Zagurskie, Jr.
110 West Main Ave, 1st Floor
Myerstown, PA 17067