United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Robert Lee Boltz
Linda L Boltz
    Debtors

Case No. 18-16837-elf
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: John     Page 1 of 1     Date Rcvd: Aug 27, 2019
                    Form ID: pdf900     Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 29, 2019.
```
db/jdb         +Robert Lee Boltz,    Linda L Boltz,    210 Ft Henry Rd,    Bethel, PA 19507-9546
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg            +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
cr             +Collins Asset Group, LLC,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd, Suite #200,
                 Tucson, AZ 85712-1083
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 28 2019 02:45:59
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 28 2019 02:46:12     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 28 2019 03:01:07
                 PRA Receivables Management LLC,    POB 41067,    Norfolk, VA 23541-1067
cr             +E-mail/PDF: gecsedi@recoverycorp.com Aug 28 2019 02:50:08     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14243664       +E-mail/Text: bankruptcynotices@psecu.com Aug 28 2019 02:46:20     PSECU,    PO BOX 67013,
                 HARRISBURG, PA 17106-7013
                                                                                              TOTAL: 5
```

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 29, 2019                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 27, 2019 at the address(es) listed below:
```
              BRIAN THOMAS LANGFORD    on behalf of Creditor    PSECU PitEcf@weltman.com
              KEVIN G. MCDONALD    on behalf of Creditor    The Bank of New York Mellon as Indenture Trustee for
               Nationstar Home Equity Loan Trust 2009-A bkgroup@kmllawgroup.com
              KEVIN M. BUTTERY    on behalf of Creditor    The Bank of New York Mellon as Indenture Trustee for
               Nationstar Home Equity Loan Trust 2009-A kbuttery@rascrane.com
              LEONARD ZAGURSKIE, JR    on behalf of Debtor Robert Lee Boltz lzaglaw.usa@startmail.com
              LEONARD ZAGURSKIE, JR    on behalf of Joint Debtor Linda L Boltz lzaglaw.usa@startmail.com
              ROLANDO RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
               ecfmail@readingch13.com, ecf_frpa@trustee13.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM MILLER*R    on behalf of Trustee WILLIAM MILLER*R ecfemail@FredReigleCh13.com,
               ECF_FRPA@Trustee13.com
                                                                                              TOTAL: 9
```

WWR# 040415970

### UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
ROBERT LEE BOLTZ
LINDA L BOLTZ
                Debtors

PSECU
                Movant

CASE NO. 18-16837-elf

CHAPTER 13
Related to Doc No.s: 36, 39
Hearing Date: 8/29/2019
Hearing Time: 11:00 a.m.

**STIPULATION RESOLVING MOTION FOR RELIEF FROM AUTOMATIC STAY**

Now this 27th day of August, 2019. Upon the Motion of Motion by PSECU for Relief from Automatic Stay and the Response filed by the Debtor. Upon agreement of the parties, [2008 Dodge Ram VIN 1D7HU18258J227408]

IT IS THEREFORE ORDERED, that PSECU be and is hereby granted relief from the Automatic Stay to take the necessary steps to repossess and liquidate its collateral.

IT IS FURTHER ORDERED, that said relief shall be stayed so long as the Debtor makes each and every payment in a timely and complete manner beginning with the 9/17/2019 payment which must be paid in full in the amount of $322.49 to PSECU at 1500 Elmerton Ave, Harrisburg, PA 17110, on 9/17/2019. The Debtor must also amend the plan within thirty (30) days of the entry of this Stipulation to cure Movant's arrears totaling $2,507.90 ($1,601.90 arrears payments plus $906.00 attorney fees/cost) through the Debtor's Chapter 13 Plan and remain current. Regular payments are due to Movant on or before the 17th day of each month. Should the Debtor default in any payment, notice will be sent to Debtor's counsel advising of said default. If the default is not cured within 10 days as of the date of the notice, Movant's counsel shall file a Certificate of Default with the Court and a proposed Order requesting final relief from the automatic stay. Movant shall only be required to notify Debtor's counsel of one default. Any Certificate of default filed with the Court shall indicate that Creditor's counsel has confirmed that no payments have been made to PSECU.

_____
Honorable Eric L. Frank
United States Bankruptcy Judge

/s/ Brian Langford
Attorney for Movant
Brian Langford
Weltman, Weinberg & Reis Co., L.P.A.
436 Seventh Avenue, Suite 2500
Pittsburgh, PA  15219

For Trustee William C. Miller
2901 St Lawrence Ave
Suite 100
Reading, PA 19606-2265

Attorney for Debtor
Leonard Zagurskie, Jr.
Law Office of Leonard Zagurskie, Jr.
110 West Main Ave, 1st Floor
Myerstown, PA 17067