WWR# 040426402

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>ROBERT LEE BOLTZ<br>LINDA L BOLTZ<br>      Debtors<br><br>PSECU<br>      Movant | CASE NO. 18-16837-elf<br><br>CHAPTER 13<br>Related to Doc No.s: 46, 53<br>**Hearing Date: 9/12/2019**<br>**Hearing Time: 11:00 a.m.** |

## ORDER

AND NOW this **19th day of November 2019**, upon the Motion of Motion by PSECU for Relief from Automatic Stay and Stipulation of the parties, it is hereby **ORDERED** that

1. The automatic stay is **CONDITIONED** on the Debtor making each and every payment in a timely and complete manner beginning with the 10/22/2019 payment which must be paid in full in the amount of $389.09 to PSECU at 1500 Elmerton Ave, Harrisburg, PA 17110, on 10/22/2019.

2. The Debtor must also amend the plan within thirty (30) days of the entry of this Stipulation to cure Movant's arrears totaling $3,284.18 ($2,378.18 arrears payments plus $906.00 attorney fees/cost) through the Debtor's Chapter 13 Plan and remain current. Regular payments are due to Movant on or before the 22nd day of each month.

3. Should the Debtor default in any payment, notice may be sent to Debtor's counsel advising of said default. If the default is not cured within 10 days as of the date of the notice, Movant's counsel may file a Certificate of Default with the Court and a proposed Order requesting relief from the automatic stay. Movant shall only be required to notify Debtor's counsel of one default. Any Certificate of default filed with the Court shall indicate that Creditor's counsel has confirmed that no payments have been made to PSECU.

                     **ERIC L. FRANK**
                     **U.S. BANKRUPTCY JUDGE**