**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:
  Robert Lee Boltz    :    Chapter 13
  Linda L Boltz    :
    Debtor(s)    :    Bky. No. 18-16837

**CERTIFICATE OF NO RESPONSE**

    I, Leonard Zagurskie, Jr., Esquire, counsel for the above Debtor(s), do hereby certify that no answer; objection; responsive pleading or request for hearing has been served upon me, and to the best of my knowledge, nor has such response been filed with the Court to the Application of Leonard Zagurskie, Jr., Esq., for Compensation, and Reimbursement of Expenses, which Notice thereof was served upon all parties of interest on  02/09/2020  .

Respectfully submitted,
LEONARD ZAGURSKIE, JR., ESQUIRE

Date: 3/4/2020      By: /s/ Leonard Zagurskie, Jr., Esquire
Leonard Zagurskie, Jr., Esquire
PSB No. 82436
Counsel for the Debtor
110 W. Main Ave, 1st Floor, Myerstown, PA 17067
Telephone: (717) 628-5180/Fax: (717) 628-5182
Email: lzaglaw.usa@startmail.com