WWR# 40415970

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | CASE NO. 18-16837 |
| ROBERT BOLTZ | CHAPTER 13 |
| LINDA BOLTZ | |
| Debtors | |

## **WITHDRAWAL OF APPEARANCE**

Kindly withdraw the appearance of Brian T. Langford as attorney for PENNSYLVANIA STATE EMPLOYEES CREDIT UNION in all matters for the duration of this bankruptcy case without prejudice. Attorney for Creditor states there are no pending adversary or contested matters.

Date:  March 11, 2020

/s/ Brian Langford
Brian Langford, PA Bar No. 324884
Attorney for Movant
436 Seventh Avenue, Suite 2500
Pittsburgh, PA 15219
412-338-7102
blangford@weltman.com

WWR# 40415970

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>ROBERT LEE BOLTZ<br><br>LINDA L BOLTZ<br><br>　　　　　Debtor(s) | CASE NO.  18-16837<br><br>CHAPTER 13 |

**NOTICE OF APPEARANCE**

Comes now Weltman, Weinberg and Reis Co., L.P.A. 965 Keynote Circle, Brooklyn Hts., Ohio  44131 and enters its appearance as agent for the following Creditor in the above-captioned proceedings:  PENNSYLVANIA STATE EMPLOYEES CREDIT UNION.

Copies of all further communications, pleading, court notices, and other papers should be served on said Attorney as Attorney of Record.

Date: March 11, 2020

　　　　　　　　　　　　　　　　　　　　/s/ Scott D. Fink
　　　　　　　　　　　　　　　　　　　　Scott D. Fink
　　　　　　　　　　　　　　　　　　　　Weltman, Weinberg & Reis Co., L. P. A
　　　　　　　　　　　　　　　　　　　　Agent for Creditor
　　　　　　　　　　　　　　　　　　　　965 Keynote Circle
　　　　　　　　　　　　　　　　　　　　Brooklyn Hts., OH 44131
　　　　　　　　　　　　　　　　　　　　bronationalecf@weltman.com

WWR# 40415970

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | CASE NO. 18-16837 |
| ROBERT BOLTZ | CHAPTER 13 |
| LINDA BOLTZ | |
| Debtors | |

**CERTIFICATE OF SERVICE**

I, Scott D. Fink, Agent for Movant, do hereby certify that true and correct copies of the Withdrawal of Appearance/Notice of Appearance has been served on the 11th day of March, 2020, upon those listed below:

Service by First-Class Mail:

ROBERT BOLTZ, Debtor
210 FORT HENRY RD
BETHEL, PA 19507

LINDA BOLTZ, Debtor
210 FORT HENRY RD
BETHEL, PA 19507

and Service by NEF/ECF:

LEONARD ZAGURSKIE JR, Debtors Attorney at LZAGLAW.USA@STARTMAIL.COM
SCOTT F WATERMAN (CHAPTER 13), Trustee at ECFMail@ReadingCh13.com
OFFICE OF THE UNITED STATES TRUSTEE at USTPRegion03.PH.ECF@usdoj.gov

/s/ Scott D. Fink
Scott D. Fink
Weltman, Weinberg & Rei Co., L. P. A.
Agent for Creditor
965 Keynote Circle
Brooklyn Heights, OH 44131
bronationalecf@weltman.com