## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
  Robert Lee Boltz                          :    Chapter 13
  Linda L Boltz                             :
      Debtor(s)                              :    Bankruptcy No: 18-16837-pmm

## ORDER

**AND NOW**, upon consideration of the Application for Allowance of Compensation and Reimbursement of Expenses ("Application"), and sufficient cause being shown, it is hereby **ORDERED** that:

The Applicant's request of compensation in the amount of $5,000.00 is **APPROVED** ($4,001.00) is still owed to attorney.

BY THE COURT

**Date: March 18, 2020**

_Patricia M. Mayer_
_____
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE