United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Robert Lee Boltz  
Linda L Boltz  
    Debtors

Case No. 18-16837-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4    User: Stacey    Page 1 of 1    Date Rcvd: Mar 19, 2020  
    Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 21, 2020.  
db/jdb    +Robert Lee Boltz,    Linda L Boltz,    210 Ft Henry Rd,    Bethel, PA 19507-9546

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

    ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2020    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 19, 2020 at the address(es) listed below:  
    KEVIN G. MCDONALD    on behalf of Creditor    The Bank of New York Mellon as Indenture Trustee for Nationstar Home Equity Loan Trust 2009-A bkgroup@kmllawgroup.com  
    KEVIN M. BUTTERY    on behalf of Creditor    The Bank of New York Mellon as Indenture Trustee for Nationstar Home Equity Loan Trust 2009-A kbuttery@rascrane.com  
    LEONARD    ZAGURSKIE, JR    on behalf of Debtor Robert Lee Boltz lzaglaw.usa@startmail.com  
    LEONARD    ZAGURSKIE, JR    on behalf of Joint Debtor Linda L Boltz lzaglaw.usa@startmail.com  
    ROLANDO    RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com  
    SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com  
    United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
    WILLIAM    MILLER*R    on behalf of Trustee WILLIAM    MILLER*R ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com

    TOTAL: 8

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
   Robert Lee Boltz                                  :   Chapter 13
   Linda L Boltz                                     :
      Debtor(s)                                     :   Bankruptcy No: 18-16837-pmm

### ORDER

**AND NOW**, upon consideration of the Application for Allowance of Compensation and Reimbursement of Expenses ("Application"), and sufficient cause being shown, it is hereby **ORDERED** that:

The Applicant's request of compensation in the amount of $5,000.00 is **APPROVED** ($4,001.00) is still owed to attorney.

BY THE COURT

**Date: March 18, 2020**

*Patricia M. Mayer*
_____
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE