United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Robert Lee Boltz  
Linda L Boltz  
    Debtors

Case No. 18-16837-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4    User: Antoinett    Page 1 of 1    Date Rcvd: Apr 30, 2020  
                              Form ID: trc      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 02, 2020.  
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
14226895      E-mail/Text: ktramble@lendmarkfinancial.com May 01 2020 03:36:24  
          LENDMARK FINANCIAL SERVICES, LLC,   2118 USHER STREET,   COVINGTON, GA 30014  
                                                                                                     TOTAL: 1

              ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                   TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 02, 2020                                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 29, 2020 at the address(es) listed below:  
        KEVIN G. MCDONALD   on behalf of Creditor   The Bank of New York Mellon as Indenture Trustee for Nationstar Home Equity Loan Trust 2009-A bkgroup@kmllawgroup.com  
        KEVIN M. BUTTERY    on behalf of Creditor   The Bank of New York Mellon as Indenture Trustee for Nationstar Home Equity Loan Trust 2009-A kbuttery@rascrane.com  
        LEONARD   ZAGURSKIE, JR   on behalf of Debtor Robert Lee Boltz lzaglaw.usa@startmail.com  
        LEONARD   ZAGURSKIE, JR   on behalf of Joint Debtor Linda L Boltz lzaglaw.usa@startmail.com  
        ROLANDO   RAMOS-CARDONA   on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com  
        SCOTT F. WATERMAN (Chapter 13)   ECFMail@ReadingCh13.com  
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM   MILLER*R   on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com  
                                                                                                                              TOTAL: 8

**2100 B (12/15)**

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 18-16837-pmm
Chapter 13

In re: Debtor(s) (including Name and Address)

Robert Lee Boltz
210 Ft Henry Rd
Bethel PA 19507

Linda L Boltz
210 Ft Henry Rd
Bethel PA 19507

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 04/29/2020.

Name and Address of Alleged Transferor(s):

Claim No. 3: LENDMARK FINANCIAL SERVICES, LLC, 2118 USHER STREET, COVINGTON, GA 30014

Name and Address of Transferee:

Scolopax, LLC
C/O WEINSTEIN & RILEY, PS
2001 WESTERN AVE., STE 400
SEATTLE, WA 98121

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   05/02/20

Tim McGrath
**CLERK OF THE COURT**