## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
## READING DIVISION

IN RE:                                          Case No. 18-16837-pmm
                                                Chapter 13

Robert Lee Boltz and Linda L Boltz

Debtor(s).

## **NOTICE OF APPEARANCE**

**NewRez LLC d/b/a Shellpoint Mortgage Servicing**, a Secured Creditor in the above styled

proceeding, hereby requests that all matters which must be noticed to creditors, any creditors'

committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the

Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to

FRBP 2002(g), requests that the following be added to the Court's Master Mailing List:

> **Daniel P. Jones, Esquire**
> **Stern & Eisenberg, PC**
> **1581 Main Street, Suite 200**
> **The Shops at Valley Square**
> **Warrington, PA 18976**

By:      */s/  Daniel P. Jones*
         Daniel P. Jones, Esquire,
         Bar No:  321876
         Stern & Eisenberg, PC
         1581 Main Street, Suite 200
         The Shops at Valley Square
         Warrington, PA 18976
         Phone: (215) 572-8111
         Fax: (215) 572-5025
         djones@sterneisenberg.com
         Attorney for Creditor

## <u>CERTIFICATE OF SERVICE</u>

     I HEREBY CERTIFY that I caused a true and correct copy of the foregoing Notice of Appearance to be sent by electronic means via the Court's CM/ECF notification system this 6th day of July 2020, to the following:

Leonard Zagurskie, Jr., Esq.
110 West Main Avenue
1st Floor
Myerstown, PA 17067
lzaglaw.usa@startmail.com
***Attorney for Debtor(s)***

Scott F. Waterman, Esq.
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606
ECFMail@ReadingCh13.com
***Chapter 13 Trustee***

U.S. Trustee
Office of the U.S. Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106
USTPRegion03.PH.ECF@usdoj.gov
***U.S. Trustee***

and by standard first-class mail postage prepaid to:

Robert Lee Boltz and Linda L Boltz
210 Ft. Henry Rd
Bethel, PA 19507

***Debtor(s)***

                       By:      */s/Daniel P. Jones*