Stern & Eisenberg, PC
1581 Main Street, Suite 200
Warrington, Pennsylvania 18976
Telephone: (215) 572-8111
Facsimile: (215) 572-5025
(Counsel for Movant)

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>Robert Lee Boltz<br>Linda L. Boltz<br>　　　　　Debtor(s)<br>NewRez LLC d/b/a Shellpoint Mortgage Servicing<br>　　　　　Creditor/Movant<br>v.<br>Robert Lee Boltz<br>Linda L. Boltz<br>　　　　　Respondent | Chapter 13<br><br>Bankruptcy Case:  18-16837-pmm<br><br>Judge: Patricia M. Mayer |

## O R D E R

　　　　AND NOW, this  24th  day of  July , 20 20  upon the Motion for Relief From Automatic Stay and upon Consent Order/Stipulation of NewRez LLC d/b/a Shellpoint Mortgage Servicing and any successor in interest and Debtor, Robert Lee Boltz , Linda L. Boltz, approved by this Court and Certification of Default filed by counsel for Movant, after opportunity to cure, it is ORDERED and DECREED that:

　　　　The Automatic Stay of all proceedings, as provided under §362 of the Bankruptcy Code (The Code) 11 U.S.C. §362, is modified to allow NewRez LLC d/b/a Shellpoint Mortgage Servicing and any successor in interest, to proceed with it under state and federal law concerning the Property (the "Property"):  **210 Fort Henry Road, Bethel, PA 19507**.

　　　　It is further ORDERED and DECREED that the 14-day stay pursuant to BKRP 4001(a)(3) is hereby waived.

　　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　　　*Patricia M. Mayer*
　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES BANKRUPTCY JUDGE