United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                              Case No. 18-16837-pmm
Robert Lee Boltz                                                    Chapter 13
Linda L Boltz
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-4          User: John                  Page 1 of 2                  Date Rcvd: Jul 24, 2020
                              Form ID: pdf900             Total Noticed: 22
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 26, 2020.
db/jdb         +Robert Lee Boltz,    Linda L Boltz,    210 Ft Henry Rd,    Bethel, PA 19507-9546
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA   19601
smg            +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
cr             +Collins Asset Group, LLC,    Bass & Associates, P.C.,     3936 E. Ft. Lowell Rd, Suite #200,
                 Tucson, AZ 85712-1083
cr              Morgan Stanley Mortgage Capital Holdings LLC,    P.O. Box 10826,    Greenville, SC   29603-0826
cr             +NewRez LLC d/b/a Shellpoint Mortgage Servicing,    Stern & Eisenberg, PC,
                 1581 Main Street, Suite 200,    Warrington, PA 18976-3403
14370700       ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court:   Nationstar Mortgage LLC,    d/b/a Mr. Cooper,    P.O. Box 619096,
                 Dallas, TX 75261-9741)
14248583       +Nationstar Mortgage,    c/o Kevin G. McDonald, Esq.,    701 Market Street, Ste 5000,
                 Philadelphia, PA 19106-1541
14517607       +NewRez LLC d/b/a Shellpoint Mortgage,    C/O DANIEL P. JONES,    Stern and Eisenberg, PC,
                 1581 Main Street, Suite 200,    The Shops at Valley Square,    Warrington, PA 18976-3403
14517476       +NewRez LLC d/b/a Shellpoint Mortgage Servicing,    c/o National Bankruptcy Services,
                 14841 Dallas Parkway, Suite 300,,    Dallas, TX 75254-7883
14258408       +The Bank of New York Mellon,    RAS Crane, LLC,    c/o Kevin Buttery, Esq.,
                 10700 Abbott's Bridge Road, Ste 170,    Duluth, GA 30097-8461
14234570       +The Bank of New York Mellon,    PO Box 619096,    Dallas TX 75261-9096
14370702       +The Bank of New York Mellon et. al,    c/o Nationstar Mortgage LLC,    d/b/a Mr. Cooper,
                 P.O. Box 619096,    Dallas, TX 75261-9096

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 25 2020 04:03:02
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA   17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 25 2020 04:03:22      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 25 2020 04:09:15
                 PRA Receivables Management LLC,    POB 41067,    Norfolk, VA 23541-1067
cr             +E-mail/Text: BKRMailOps@weltman.com Jul 25 2020 04:03:16       PSECU,
                 Pennsylvania State Employees Credit Unio,    c/o Weltman, Weinberg & Reis Co., LPA,
                 965 Keynote Circle,    Scott D. Fink, agent for Creditor,    Brooklyn Hts., OH 44131-1829
cr             +E-mail/Text: bncmail@w-legal.com Jul 25 2020 04:03:17       SCOLOPAX, LLC,
                 c/o Weinstein & Riley, P.S.,    2001 Western Ave, Ste 400,    Seattle, WA 98121-3132
cr             +E-mail/PDF: gecsedi@recoverycorp.com Jul 25 2020 04:09:01       Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 6

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2020                                    Signature:   /s/Joseph Speetjens

```
District/off: 0313-4           User: John                 Page 2 of 2                   Date Rcvd: Jul 24, 2020
                               Form ID: pdf900            Total Noticed: 22
```

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 24, 2020 at the address(es) listed below:
              DANIEL P. JONES    on behalf of Creditor    NewRez LLC d/b/a Shellpoint Mortgage Servicing
               djones@sterneisenberg.com, bkecf@sterneisenberg.com
              KEVIN G. MCDONALD    on behalf of Creditor    The Bank of New York Mellon as Indenture Trustee for
               Nationstar Home Equity Loan Trust 2009-A bkgroup@kmllawgroup.com
              KEVIN M. BUTTERY    on behalf of Creditor    The Bank of New York Mellon as Indenture Trustee for
               Nationstar Home Equity Loan Trust 2009-A cdigianantonio@rascrane.com
              LEONARD   ZAGURSKIE, JR    on behalf of Debtor Robert Lee Boltz lzaglaw.usa@startmail.com
              LEONARD   ZAGURSKIE, JR    on behalf of Joint Debtor Linda L Boltz lzaglaw.usa@startmail.com
              ROLANDO   RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
               ecfmail@readingch13.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM   MILLER*R    on behalf of Trustee WILLIAM   MILLER*R ecfemail@FredReigleCh13.com,
               ECF_FRPA@Trustee13.com
                                                                                              TOTAL: 9
```

Stern & Eisenberg, PC
1581 Main Street, Suite 200
Warrington, Pennsylvania 18976
Telephone: (215) 572-8111
Facsimile: (215) 572-5025
(Counsel for Movant)

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re:<br>Robert Lee Boltz<br>Linda L. Boltz<br>　　　　　Debtor(s)<br>NewRez LLC d/b/a Shellpoint Mortgage Servicing<br>　　　　　Creditor/Movant<br>v.<br>Robert Lee Boltz<br>Linda L. Boltz<br>　　　　　Respondent | Chapter 13<br><br>Bankruptcy Case: 18-16837-pmm<br><br>Judge: Patricia M. Mayer |

**O R D E R**

AND NOW, this  24th  day of   July        , 20 20  upon the Motion for Relief From Automatic Stay and upon Consent Order/Stipulation of NewRez LLC d/b/a Shellpoint Mortgage Servicing and any successor in interest and Debtor, Robert Lee Boltz , Linda L. Boltz, approved by this Court and Certification of Default filed by counsel for Movant, after opportunity to cure, it is ORDERED and DECREED that:

The Automatic Stay of all proceedings, as provided under §362 of the Bankruptcy Code (The Code) 11 U.S.C. §362, is modified to allow NewRez LLC d/b/a Shellpoint Mortgage Servicing and any successor in interest, to proceed with it under state and federal law concerning the Property (the "Property"):  **210 Fort Henry Road, Bethel, PA 19507**.

It is further ORDERED and DECREED that the 14-day stay pursuant to BKRP 4001(a)(3) is hereby waived.

BY THE COURT:

*Patricia M. Mayer*
_____
UNITED STATES BANKRUPTCY JUDGE