**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:
  Robert Lee Boltz    :    Chapter 13
  Linda L Boltz    :    Case No. 18-16837-pmm
    Debtors    :

**PRAECIPE TO WITHDRAW DEBTORS' MOTION TO MODIFY THE CHAPTER 13 PLAN**

TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT:

    Kindly withdraw the Debtors' Motion to Modify the Chapter 13 Plan, Docket No. 84, Modified Chapter 13 Plan, Docket No. 85, and Notice, Docket No. 86 of this case, filed on July 29, 2020.

Respectfully submitted,

LAW OFFICES OF LEONARD ZAGURSKE, JR

Date:  August 25, 2020    /s/ Leonard Zagurskie, Jr., Esquire
Leonard Zagurskie, Jr., Esquire
PSB No. 82436
Counsel for the Debtor
110 West Main Avenue, Myerstown, PA 17042
Telephone: (717) 628-5180  Fax: (717) 628-5182
Email:lzaglaw.usa@startmail.com