# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Robert Lee Boltz and Linda L. Boltz<br>        Debtor(s)<br>-------------------------------------------------<br>Robert Lee Boltz and Linda L. Boltz<br>              Debtors/Movants<br>v.<br>NewRez LLC d/b/a Shellpoint Mortgage Servicing<br>              Creditor/Respondent | Chapter: 13<br><br>Bankruptcy Case: 18-16837-PMM<br><br>Related Docs: 80, 82, & 84 |

## ORDER APPROVING STIPULATION/CONSENT ORDER

AND NOW, upon consideration of the Stipulation between Debtor and NewRez LLC d/b/a Shellpoint Mortgage Servicing, it is hereby ORDERED and DECREED that the Stipulation is APPROVED and made an Order of the Court and that this honorable Court's July 24, 2020 Order granting Creditor's Motion for Relief is VACATED.

BY THE COURT:

*Patricia M. Mayer*

_____
UNITED STATES BANKRUPTCY JUDGE

**Date: August 31, 2020**