United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 18-16837-pmm
Robert Lee Boltz                                                          Chapter 13
Linda L Boltz
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: John          Page 1 of 2          Date Rcvd: Aug 31, 2020
                              Form ID: pdf900     Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 02, 2020.
db/jdb          +Robert Lee Boltz,    Linda L Boltz,    210 Ft Henry Rd,    Bethel, PA 19507-9546
smg             +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg              City Treasurer,   Eighth and Washington Streets,    Reading, PA  19601
smg             +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg             +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg             +Tax Claim Bureau,   633 Court Street,    Second Floor,    Reading, PA 19601-4300
cr              +Collins Asset Group, LLC,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd, Suite #200,
                 Tucson, AZ 85712-1083
cr               Morgan Stanley Mortgage Capital Holdings LLC,    P.O. Box 10826,    Greenville, SC  29603-0826
cr              +NewRez LLC d/b/a Shellpoint Mortgage Servicing,    Stern & Eisenberg, PC,
                 1581 Main Street, Suite 200,    Warrington, PA 18976-3403
14517607        +NewRez LLC d/b/a Shellpoint Mortgage,    C/O DANIEL P. JONES,    Stern and Eisenberg, PC,
                 1581 Main Street, Suite 200,    The Shops at Valley Square,    Warrington, PA 18976-3403
14517476        +NewRez LLC d/b/a Shellpoint Mortgage Servicing,    c/o National Bankruptcy Services,
                 14841 Dallas Parkway, Suite 300,,    Dallas, TX 75254-7883

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 01 2020 04:01:55
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 01 2020 04:02:00     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 01 2020 04:09:54
                 PRA  Receivables Management LLC,    POB 41067,    Norfolk, VA 23541-1067
cr              +E-mail/Text: BKRMailOps@weltman.com Sep 01 2020 04:01:58     PSECU,
                 Pennsylvania State Employees Credit Unio,    c/o Weltman, Weinberg & Reis Co., LPA,
                 965 Keynote Circle,    Scott D. Fink, agent for Creditor,    Brooklyn Hts., OH 44131-1829
cr              +E-mail/Text: bncmail@w-legal.com Sep 01 2020 04:01:59     SCOLOPAX, LLC,
                 c/o Weinstein & Riley, P.S.,    2001 Western Ave, Ste 400,    Seattle, WA 98121-3132
cr              +E-mail/PDF: gecsedi@recoverycorp.com Sep 01 2020 04:20:31     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                         TOTAL: 6

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 02, 2020                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 31, 2020 at the address(es) listed below:
              DANIEL P. JONES    on behalf of Creditor   NewRez LLC d/b/a Shellpoint Mortgage Servicing
               djones@sterneisenberg.com,  bkecf@sterneisenberg.com
              KEVIN G. MCDONALD    on behalf of Creditor   The Bank of New York Mellon as Indenture Trustee for
               Nationstar Home Equity Loan Trust 2009-A bkgroup@kmllawgroup.com
              KEVIN M. BUTTERY    on behalf of Creditor   The Bank of New York Mellon as Indenture Trustee for
               Nationstar Home Equity Loan Trust 2009-A cdigianantonio@rascrane.com
              LEONARD  ZAGURSKIE, JR   on behalf of Debtor Robert Lee Boltz lzaglaw.usa@startmail.com
              LEONARD  ZAGURSKIE, JR   on behalf of Joint Debtor Linda L Boltz lzaglaw.usa@startmail.com
              ROLANDO  RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
               ecfmail@readingch13.com
              SCOTT F. WATERMAN (Chapter 13)   ECFMail@ReadingCh13.com
              United States Trustee   USTPRegion03.PH.ECF@usdoj.gov

District/off: 0313-4          User: John              Page 2 of 2          Date Rcvd: Aug 31, 2020
                             Form ID: pdf900          Total Noticed: 17


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          WILLIAM  MILLER*R   on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
           ECF_FRPA@Trustee13.com
                                                                              TOTAL: 9

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>     Robert Lee Boltz and Linda L. Boltz<br>     Debtor(s)<br>-----------------------------------------------<br>Robert Lee Boltz and Linda L. Boltz<br>               Debtors/Movants<br>v.<br>NewRez LLC d/b/a Shellpoint Mortgage Servicing<br>            Creditor/Respondent | Chapter: 13<br><br>Bankruptcy Case:  18-16837-PMM<br><br>Related Docs: 80, 82, & 84 |

### ORDER APPROVING STIPULATION/CONSENT ORDER

AND NOW,  upon consideration of the Stipulation between Debtor and NewRez LLC d/b/a Shellpoint

Mortgage Servicing, it is hereby ORDERED and DECREED that the Stipulation is APPROVED and made an

Order of the Court and that this honorable Court's July 24, 2020 Order granting Creditor's Motion for Relief is

VACATED.

BY THE COURT:

*Patricia M. Mayer*

_____
UNITED STATES BANKRUPTCY JUDGE

**Date: August 31, 2020**