**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    Robert Lee Boltz                 :    Chapter 13
    Linda L Boltz                 :
        Debtor(s)               :    Bky. No. 18-16837

## <u>CERTIFICATE OF NO RESPONSE</u>

       I, Leonard Zagurskie, Jr., Esquire, counsel for the above Debtor(s), do hereby certify that no answer; objection; responsive pleading or request for hearing has been served upon me, and to the best of my knowledge, nor has such response been filed with the Court to the Amended Motion to Modify Chapter 13 Plan after Confirmation, which Notice thereof was served upon all parties of interest on  09/04/2020 .

                                  Respectfully submitted,
                                  LEONARD ZAGURSKIE, JR., ESQUIRE

Date:   9/30/2020               By:  /s/ Leonard Zagurskie, Jr., Esquire
                                  Leonard Zagurskie, Jr., Esquire
                                  PSB No. 82436
                                  Counsel for the Debtor
                                  110 W. Main Ave, 1st Floor, Myerstown, PA 17067
                                  Telephone: (717) 628-5180/Fax:  (717) 628-5182
                                  Email: lzaglaw.usa@startmail.com