## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Robert Lee Boltz & Linda L Boltz | Case No. 18-16837-pmm |
| Debtors | Chapter 13 |

### ORDER

**AND NOW**, upon consideration of the Debtor's Motion to Modify Confirmed Plan and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtors' 7th Amended Chapter 13 Plan is **APPROVED**.

Date: **October 1, 2020**

_____
Patricia M. Mayer
United States Bankrtupcy Judge