United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 18-16837-pmm
Robert Lee Boltz  Chapter 13
Linda L Boltz
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: SaraR      Page 1 of 2
Date Rcvd: Oct 01, 2020      Form ID: pdf900      Total Noticed: 8

The following symbols are used throughout this certificate:
**Symbol**  **Definition**
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 03, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Robert Lee Boltz, Linda L Boltz, 210 Ft Henry Rd, Bethel, PA 19507-9546 |
| cr | + | Collins Asset Group, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Rd, Suite #200, Tucson, AZ 85712-1083 |
| cr | | Morgan Stanley Mortgage Capital Holdings LLC, P.O. Box 10826, Greenville, SC 29603-0826 |
| cr | + | NewRez LLC d/b/a Shellpoint Mortgage Servicing, Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 02 2020 03:58:02 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/Text: BKRMailOps@weltman.com | Oct 02 2020 04:35:00 | PSECU, Pennsylvania State Employees Credit Unio, c/o Weltman, Weinberg & Reis Co., LPA, 965 Keynote Circle, Scott D. Fink, agent for Creditor, Brooklyn Hts., OH 44131-1829 |
| cr | + | Email/Text: bncmail@w-legal.com | Oct 02 2020 04:35:00 | SCOLOPAX, LLC, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Oct 02 2020 03:54:50 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 4

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| jdb | *+ | Linda L Boltz, 210 Ft Henry Rd, Bethel, PA 19507-9546 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| District/off: 0313-4 | User: SaraR | Page 2 of 2 |
| Date Rcvd: Oct 01, 2020 | Form ID: pdf900 | Total Noticed: 8 |

Date: Oct 03, 2020    Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 1, 2020 at the address(es) listed below:**

**Name**            **Email Address**

DANIEL P. JONES
    on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing djones@sterneisenberg.com  bkecf@sterneisenberg.com

KEVIN G. MCDONALD
    on behalf of Creditor The Bank of New York Mellon as Indenture Trustee for Nationstar Home Equity Loan Trust 2009-A bkgroup@kmllawgroup.com

KEVIN M. BUTTERY
    on behalf of Creditor The Bank of New York Mellon as Indenture Trustee for Nationstar Home Equity Loan Trust 2009-A cdigianantonio@rascrane.com

LEONARD ZAGURSKIE, JR
    on behalf of Debtor Robert Lee Boltz lzaglaw.usa@startmail.com

LEONARD ZAGURSKIE, JR
    on behalf of Joint Debtor Linda L Boltz lzaglaw.usa@startmail.com

ROLANDO RAMOS-CARDONA
    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM MILLER*R
    on behalf of Trustee WILLIAM MILLER*R ecfemail@FredReigleCh13.com  ECF_FRPA@Trustee13.com

TOTAL: 9

Case 18-16837-pmm Doc 108-2 Filed 10/03/20 Entered 10/04/20 01:56:53 Desc
Imaged Certificate of Notice Page 3 of 3

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Robert Lee Boltz & Linda L Boltz | Case No. 18-16837-pmm |
| Debtors | Chapter 13 |

## ORDER

**AND NOW**, upon consideration of the Debtor's Motion to Modify Confirmed Plan and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtors' 7th Amended Chapter 13 Plan is **APPROVED**.

Date: **October 1, 2020**

_____
Patricia M. Mayer
United States Bankrtupcy Judge