United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Robert Lee Boltz  
Linda L Boltz  
    Debtors

Case No. 18-16837-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 2  
Date Rcvd: Jun 08, 2021     Form ID: trc     Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 10, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| 14418208 | Morgan Stanley Mortgage Capital Holdings LLC, P.O. Box 10826, Greenville, SC 29603-0826 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 10, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 7, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor Wilmington Savings Fund Society FSB, cwohlrab@raslg.com |
| DANIEL P. JONES | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing djones@sterneisenberg.com bkecf@sterneisenberg.com |
| KEVIN G. MCDONALD | on behalf of Creditor The Bank of New York Mellon as Indenture Trustee for Nationstar Home Equity Loan Trust 2009-A bkgroup@kmllawgroup.com |
| KEVIN M. BUTTERY | on behalf of Creditor The Bank of New York Mellon as Indenture Trustee for Nationstar Home Equity Loan Trust 2009-A cdigianantonio@rascrane.com |
| LEONARD ZAGURSKIE, JR | on behalf of Debtor Robert Lee Boltz lzaglaw.usa@startmail.com |
| LEONARD ZAGURSKIE, JR | on behalf of Joint Debtor Linda L Boltz lzaglaw.usa@startmail.com |
| ROLANDO RAMOS-CARDONA | on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com |

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 2 of 2 |
| Date Rcvd: Jun 08, 2021 | Form ID: trc | Total Noticed: 1 |

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM MILLER*R
    on behalf of Trustee WILLIAM MILLER*R ecfemail@FredReigleCh13.com  ECF_FRPA@Trustee13.com

TOTAL: 10

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 18-16837-pmm
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Robert Lee Boltz<br>210 Ft Henry Rd<br>Bethel PA 19507 | Linda L Boltz<br>210 Ft Henry Rd<br>Bethel PA 19507 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 06/07/2021.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 6: Morgan Stanley Mortgage Capital Holdings LLC, P.O. Box 10826, Greenville, SC  29603-0826 | Wilmington Savings Fund Society, FSB<br>Selene Finance, LP<br>9990 Richmond Ave. Suite 400 South<br>Attn: BK Dept<br>Houston TX 77042 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  06/10/21

Tim McGrath
**CLERK OF THE COURT**