| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 18-16837-PMM**

ROBERT LEE BOLTZ
LINDA L BOLTZ
210 FT HENRY RD
BETHEL PA 19507

Petition Filed Date: 10/12/2018
341 Hearing Date: 12/04/2018
Confirmation Date: 02/06/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/22/2020 | $770.00 | 25328071956 | 03/03/2020 | $770.00 | 25328068514 | 03/24/2020 | $770.00 | 26574200943 |
| 04/22/2020 | $770.00 | 26196697620 | 06/02/2020 | $770.00 | 26574203913 | 06/25/2020 | $770.00 | 26574206040 |
| 07/27/2020 | $770.00 | 26722300825 | 08/31/2020 | $770.00 | 26574209728 | 09/25/2020 | $638.00 | 26574212261 |
| 10/30/2020 | $638.00 | 26574207930 | 12/04/2020 | $638.00 | 26574216423 | 01/12/2021 | $638.00 | 26574217828 |
| 02/02/2021 | $638.00 | 26574220697 | 03/22/2021 | $638.00 | 27000502920 | 04/13/2021 | $638.00 | 27381287970 |
| 05/13/2021 | $638.00 | 27427778111 | | | | | | |

**Total Receipts for the Period: $11,264.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $20,361.80**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | LEONARD ZAGURSKIE JR ESQ | Attorney Fees | $4,001.00 | $4,001.00 | $0.00 |
| 1 | FIRST NATIONAL BANK OMAHA »» 001 | Unsecured Creditors | $2,094.92 | $0.00 | $2,094.92 |
| 2 | PORTFOLIO RECOVERY ASSOCIATES »» 002 | Unsecured Creditors | $11,041.73 | $0.00 | $11,041.73 |
| 3 | SCOLOPAX LLC »» 003 | Unsecured Creditors | $4,550.26 | $0.00 | $4,550.26 |
| 4 | WELLSPAN HEALTH »» 004 | Unsecured Creditors | $1,113.02 | $0.00 | $1,113.02 |
| 5 | BLI RENTALS LLC »» 005 | Secured Creditors | $5,186.55 | $0.00 | $0.00 |
| 6 | NEWREZ LLC D/B/A »» 06A | Mortgage Arrears | $3,364.27 | $2,684.26 | $680.01 |
| 7 | NEWREZ LLC D/B/A »» 06B | Mortgage Arrears | $13,356.73 | $6,882.33 | $6,474.40 |
| 8 | QUANTUM3 GROUP LLC AS AGENT FOR »» 007 | Unsecured Creditors | $391.43 | $0.00 | $391.43 |
| 9 | LENDMARK FINANCIAL SERVICES LLC »» 008 | Unsecured Creditors | $4,952.32 | $0.00 | $4,952.32 |
| 10 | AMERICAN INFOSOURCE LP »» 009 | Unsecured Creditors | $2,734.94 | $0.00 | $2,734.94 |
| 11 | AMERICAN INFOSOURCE LP »» 010 | Unsecured Creditors | $1,113.10 | $0.00 | $1,113.10 |
| 12 | AMERICAN INFOSOURCE LP »» 011 | Unsecured Creditors | $2,245.64 | $0.00 | $2,245.64 |
| 13 | AMERICAN INFOSOURCE LP »» 012 | Unsecured Creditors | $2,071.83 | $0.00 | $2,071.83 |

**Chapter 13 Case No. 18-16837-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 14 | PORTFOLIO RECOVERY ASSOCIATES »» 013 | Unsecured Creditors | $598.91 | $0.00 | $598.91 |
| 15 | PORTFOLIO RECOVERY ASSOCIATES »» 014 | Unsecured Creditors | $629.60 | $0.00 | $629.60 |
| 16 | FULTON BANK NA »» 015 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 17 | BECKET & LEE, LLP »» 016 | Unsecured Creditors | $129.64 | $0.00 | $129.64 |
| 18 | PSECU »» 017 | Secured Creditors | $335.10 | $335.10 | $0.00 |
| 19 | PSECU »» 18A | Secured Creditors | $321.54 | $241.40 | $80.14 |
| 20 | PSECU »» 18B | Secured Creditors | $2,507.90 | $1,922.07 | $585.83 |
| 21 | MERRICK BANK »» 019 | Unsecured Creditors | $2,511.82 | $0.00 | $2,511.82 |
| 22 | MERRICK BANK »» 020 | Unsecured Creditors | $3,240.63 | $0.00 | $3,240.63 |
| 23 | PSECU »» 021 | Unsecured Creditors | $2,065.73 | $0.00 | $2,065.73 |
| 24 | PSECU »» 22A | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 25 | PSECU »» 22B | Secured Creditors | $3,284.18 | $2,517.03 | $767.15 |
| 26 | COLLINS ASSET GROUP LLC »» 023 | Unsecured Creditors | $10,698.35 | $0.00 | $10,698.35 |
| 27 | QUEST DIAGNOSTICS »» 024 | Unsecured Creditors | $403.82 | $0.00 | $403.82 |
| 28 | LVNV FUNDING LLC »» 025 | Unsecured Creditors | $2,491.51 | $0.00 | $2,491.51 |
| 29 | LVNV FUNDING LLC »» 026 | Unsecured Creditors | $936.07 | $0.00 | $936.07 |
| 30 | LVNV FUNDING LLC »» 027 | Unsecured Creditors | $1,115.70 | $0.00 | $1,115.70 |
| 31 | MARINER FINANCE LLC »» 028 | Unsecured Creditors | $2,179.32 | $0.00 | $2,179.32 |
| 32 | QUANTUM3 GROUP LLC as agent for »» 029 | Unsecured Creditors | $445.97 | $0.00 | $445.97 |
| 33 | LVNV FUNDING LLC »» 030 | Unsecured Creditors | $2,548.62 | $0.00 | $2,548.62 |
| 34 | PORTFOLIO RECOVERY ASSOCIATES »» 031 | Unsecured Creditors | $1,888.14 | $0.00 | $1,888.14 |
| 35 | PORTFOLIO RECOVERY ASSOCIATES »» 032 | Unsecured Creditors | $341.09 | $0.00 | $341.09 |
| 36 | PORTFOLIO RECOVERY ASSOCIATES »» 033 | Unsecured Creditors | $2,769.05 | $0.00 | $2,769.05 |
| 37 | PORTFOLIO RECOVERY ASSOCIATES »» 034 | Unsecured Creditors | $5,336.31 | $0.00 | $5,336.31 |
| 38 | PORTFOLIO RECOVERY ASSOCIATES »» 035 | Unsecured Creditors | $825.37 | $0.00 | $825.37 |
| 39 | PORTFOLIO RECOVERY ASSOCIATES »» 036 | Unsecured Creditors | $918.10 | $0.00 | $918.10 |
| 40 | PORTFOLIO RECOVERY ASSOCIATES »» 037 | Unsecured Creditors | $1,073.40 | $0.00 | $1,073.40 |
| 41 | PORTFOLIO RECOVERY ASSOCIATES »» 038 | Unsecured Creditors | $2,641.25 | $0.00 | $2,641.25 |
| 42 | PORTFOLIO RECOVERY ASSOCIATES »» 039 | Unsecured Creditors | $6,161.63 | $0.00 | $6,161.63 |

**Chapter 13 Case No. 18-16837-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $20,361.80 | Current Monthly Payment: | $638.00 |
| Paid to Claims: | $18,583.19 | Arrearages: | $638.00 |
| Paid to Trustee: | $1,773.58 | Total Plan Base: | $53,537.80 |
| Funds on Hand: | $5.03 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.