UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

IN RE:                                                                       CASE NO.: 18-16837-pmm
                                                                                     **CHAPTER 13**

**Robert Lee Boltz,**
   Debtor.

**Linda L Boltz,**
   Joint Debtor.

_____/

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

     **PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**130 CLINTON RD #202**
**FAIRFIELD, NJ 07004**

                                       Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                       Authorized Agent for Secured Creditor
                                       130 Clinton Rd #202
                                       Fairfield, NJ 07004
                                       Telephone: 470-321-7112

                                       By: /s/Charles Wohlrab
                                           Charles Wohlrab, Esq.
                                           Email: CWohlrab@raslg.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 12, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

ROBERT LEE BOLTZ
210 FT HENRY RD
BETHEL, PA 19507

LINDA L BOLTZ
210 FT HENRY RD
BETHEL, PA 19507

And via electronic mail to:

LAW OFFICE OF LEONARD ZAGURSKIE JR.
110 WEST MAIN AVENUE, 1ST FLOOR
MYERSTOWN, PA 17067

LAW OFFICE OF LEONARD ZAGURSKIE JR.
110 WEST MAIN AVENUE, 1ST FLOOR
MYERSTOWN, PA 17067

SCOTT F. WATERMAN (CHAPTER 13)
CHAPTER 13 TRUSTEE
2901 ST. LAWRENCE AVE. SUITE 100
READING, PA 19606

UNITED STATES TRUSTEE
OFFICE OF THE U.S. TRUSTEE
200 CHESTNUT STREET SUITE 502
PHILADELPHIA, PA 19106

By: /s/ Hauoli Smith-Lopez