**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:
  Robert Lee Boltz    :    Chapter 13
  Linda L Boltz    :    Case No. 18-16837-pmm
    Debtors    :

*******

**HEARING DATE AND TIME:**
**Date: October 27, 2022**
**Time: 11:00 a.m.**
**Place: United States Bankruptcy Court**
      **Gateway Building**
      **201 Penn Street, 4th Floor**
      **Reading, PA 19601**

*******

## NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

    Robert Lee Boltz and Linda L Boltz by and through counsel, Leonard Zagurskie, Jr., Esquire, filed a Motion to Approve Loan Modification Agreement in the above bankruptcy proceeding:

    <u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)

    1.    If you do not want the Court to grant the relief sought in the Motion or if you want the Court to consider your views on the Motion, then on or before October 18, 2022 you or your attorney must do ALL of the following:

        (a)    File a response electronically if you are required to file documents electronically, in person or via mail with the Clerk explaining your position at
United States Bankruptcy Court, Office of the Clerk
Gateway Building, Suite 103
201 Penn Street
Reading, PA 19601

    If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

        (b)    Mail a copy to the Movant's Attorney:
Law Office of Leonard Zagurskie, Jr.
Attention: Leonard Zagurskie, Jr., Esquire
110 West Main Avenue, 1st Floor
Myerstown, PA 17067

    2.    If you or your attorney do not take the steps described in (1a) and (1b) above and attend the hearing, the Court may enter an Order granting the relief requested in the Motion.

      3.      A Hearing on the Motion is scheduled to be held before the Honorable Patricia M. Mayer on October 27, 2022 at 11:00 a.m. in the United States Bankruptcy Court, The Gateway Building, 4th Floor, 201 Penn Street, Reading, PA 19601.

      4.      If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the Attorney named in paragraph (1b).

      5.      You may contact the Bankruptcy Clerk's Office at (610) 208-5040 to find out whether the Hearing has been canceled because no one filed an answer.

Dated:  October 4, 2022

Law Office of Leonard Zagurskie Jr.
Counsel for the Debtor
/s/ Leonard Zagurskie, Jr., Esquire
Leonard Zagurskie, Jr., Esquire
PSB No. 82436
110 West Main Ave, 1st Floor, Myerstown, PA 17067
Telephone: (717) 628-5180 Fax:  (717) 628-5182