UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Robert Lee Boltz & Linda L Boltz | Case No. 18-16837-pmm |
| Debtors | Chapter 13 |

## ORDER

**AND NOW**, upon consideration of the Motion to Redact the Exhibit attached to Debtors' Motion to Approve Loan Modification filed on 10/04/2022, Case Docket Entry Number #110, and requesting that the Exhibit containing Non-Public Information (i.e. Loan Number) information be stricken from the record, and a redacted Exhibit attached to the Motion to Redact be entered in the place of the Exhibit containing the Non-Public Information,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Exhibit containing Non-Public Information (i.e. Loan Number) information is stricken from the record.

3. The clerk shall docket the proposed redacted Exhibit filed with the Motion to Redact and substitute for the Exhibit containing the Non-Public Information.

**Date: October 6, 2022**

_____
Patricia M. Mayer
United States Bankrtupcy Judge