**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | | |
| Robert Lee Boltz | : | Chapter 13 |
| Linda L Boltz | : | |
| Debtor(s) | : | Bky. No. 18-16837 |

**CERTIFICATE OF NO RESPONSE**

I, Leonard Zagurskie, Jr., Esquire, counsel for the above Debtor(s), do hereby certify that no answer; objection; responsive pleading or request for hearing has been served upon me, and to the best of my knowledge, nor has such response been filed with the Court to Motion to Approve Loan Modification Agreement, which Notice thereof was served upon all parties of interest on  10/04/2022 .

Respectfully submitted,
LEONARD ZAGURSKIE, JR., ESQUIRE

Date:   10/25/2022          By:   /s/ Leonard Zagurskie, Jr., Esquire
Leonard Zagurskie, Jr., Esquire
PSB No. 82436
Counsel for the Debtor
110 W. Main Ave, 1st Floor, Myerstown, PA 17067
Telephone: (717) 628-5180/Fax:  (717) 628-5182
Email: lzaglaw.usa@startmail.com