**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Robert Lee Boltz & Linda L Boltz | Case No. 18-16837-pmm |
| Debtors | Chapter 13 |

**ORDER**

**AND NOW**, upon consideration of the Debtors' Motion to Approve Loan Modification, no objections having been filed after notice, and finding cause to grant said Motion to Approve Loan Modification with Selene Finance LP with respect to the real property located at 210 Ft Henry Road Bethel, PA 19507, Berks County,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Loan Modification Agreement between Debtors and Selene Finance LP is **APPROVED**.

Date: **October 27, 2022**

Patricia M. Mayer
United States Bankrtupcy Judge