United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 18-16837-pmm
Robert Lee Boltz Chapter 13
Linda L Boltz
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 2
Date Rcvd: Oct 27, 2022     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol  Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 29, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Robert Lee Boltz, Linda L Boltz, 210 Ft Henry Rd, Bethel, PA 19507-9546 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2022      Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 27, 2022 at the address(es) listed below:

**Name**     **Email Address**

CHARLES GRIFFIN WOHLRAB
    on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust cwohlrab@raslg.com

CHARLES GRIFFIN WOHLRAB
    on behalf of Creditor Wilmington Savings Fund Society  FSB, cwohlrab@raslg.com

DANIEL P. JONES
    on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing djones@sterneisenberg.com  bkecf@sterneisenberg.com

KEVIN G. MCDONALD
    on behalf of Creditor The Bank of New York Mellon as Indenture Trustee for Nationstar Home Equity Loan Trust 2009-A bkgroup@kmllawgroup.com

KEVIN M. BUTTERY
    on behalf of Creditor The Bank of New York Mellon as Indenture Trustee for Nationstar Home Equity Loan Trust 2009-A

District/off: 0313-4        User: admin        Page 2 of 2

Date Rcvd: Oct 27, 2022        Form ID: pdf900        Total Noticed: 1

    cdigianantonio@rascrane.com

LEONARD ZAGURSKIE, JR
    on behalf of Debtor Robert Lee Boltz lzaglaw.usa@startmail.com

LEONARD ZAGURSKIE, JR
    on behalf of Joint Debtor Linda L Boltz lzaglaw.usa@startmail.com

ROLANDO RAMOS-CARDONA
    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 10

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Robert Lee Boltz & Linda L Boltz | Case No. 18-16837-pmm |
| Debtors | Chapter 13 |

**ORDER**

**AND NOW**, upon consideration of the Debtors' Motion to Approve Loan Modification, no objections having been filed after notice, and finding cause to grant said Motion to Approve Loan Modification with Selene Finance LP with respect to the real property located at 210 Ft Henry Road Bethel, PA 19507, Berks County,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Loan Modification Agreement between Debtors and Selene Finance LP is **APPROVED**.

Date: **October 27, 2022**

Patricia M. Mayer
United States Bankrtupcy Judge