United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-16837-pmm |
| Robert Lee Boltz | Chapter 7 |
| Linda L Boltz | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 5 |
| Date Rcvd: Nov 17, 2022 | Form ID: 210U | Total Noticed: 80 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 19, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Robert Lee Boltz, Linda L Boltz, 210 Ft Henry Rd, Bethel, PA 19507-9546 |
| cr | + | NewRez LLC d/b/a Shellpoint Mortgage Servicing, Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| 14212839 | + | Bill Bowman, 167 Naftzingertown Rd, Mohrsville, PA 19541-9786 |
| 14212842 | + | Build Card, Attn: Bankruptcy, Po Box 9203, Old Bethpage, NY 11804-9003 |
| 14212845 | | CBCS, PO BOX 2724, COLUMBUS, OH 43216-2724 |
| 14212862 | + | GOOD SAMARITAN HOSPITAL, ATTN PATIENT ACCOUNTING, PO BOX 1281, LEBANON, PA 17042-1281 |
| 14212863 | + | GOOD SAMARITAN PHYSICIAN SERVICES, PO BOX 300, LEBANON, PA 17042-0300 |
| 14212865 | + | LEBANON ANES ASSOC LTD, PO BOX 638446, CINCINNATI, OH 45263-8446 |
| 14212866 | + | LendingUSA, Attn: Bankruptcy Dept, 15303 Ventura Blvd. Suite 850, Sherman Oaks, CA 91403-6630 |
| 14248583 | + | Nationstar Mortgage, c/o Kevin G. McDonald, Esq., 701 Market Street, Ste 5000, Philadelphia, PA 19106-1541 |
| 14517607 | + | NewRez LLC d/b/a Shellpoint Mortgage, C/O DANIEL P. JONES, Stern and Eisenberg, PC, 1581 Main Street, Suite 200, The Shops at Valley Square Warrington, PA 18976-3403 |
| 14212875 | # | PEERLESS CREDIT SERVICES INC, PO BOX 518, MIDDLETOWN, PA 17057-0518 |
| 14212877 | | QUEST Diagnostics - MR 461, PO Box 4911, Southeastern, PA 19398-4911 |
| 14212883 | | UNIVERSAL FIDELITY LP, PO BOX 219785, Houston, TX 77218-9785 |
| 14212884 | | WELLSPAN HEALTH, PO BOX 742688, CINCINNATI, OH 45274-2688 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Nov 18 2022 00:06:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Nov 18 2022 00:07:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/Text: bnc@bass-associates.com | Nov 18 2022 00:06:00 | Collins Asset Group, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Rd, Suite #200, Tucson, AZ 85712-1083 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 18 2022 00:17:12 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/Text: BKRMailOps@weltman.com | Nov 18 2022 00:06:00 | PSECU, Pennsylvania State Employees Credit Unio, c/o Weltman, Weinberg & Reis Co., LPA, 965 Keynote Circle, Scott D. Fink, agent for Creditor, Brooklyn Hts., OH 44131-1829 |
| cr | + | Email/Text: bncmail@w-legal.com | | |

District/off: 0313-4           User: admin           Page 2 of 5

Date Rcvd: Nov 17, 2022           Form ID: 210U           Total Noticed: 80

| ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Nov 18 2022 00:06:00 | SCOLOPAX, LLC, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| cr | + | Email/Text: RASEBN@raslg.com | Nov 18 2022 00:06:00 | Wilmington Savings Fund Society, FSB, d/b/a Christ, Robertson, Anschutz, Schneid, Crane & Pa, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| 14212840 | + | Email/Text: legal@blirentals.com | Nov 18 2022 00:06:00 | BLI Rentals, LLC, PO Box 992, Emporia, KS 66801-0992 |
| 14212841 | | Email/Text: BNBSB@capitalsvcs.com | Nov 18 2022 00:06:00 | Bryant State Bank/CCS, Attn: Bankruptcy, Po Box 215, Bryant, SD 57221 |
| 14212838 | + | Email/Text: BarclaysBankDelaware@tsico.com | Nov 18 2022 00:06:00 | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 14212851 | | Email/Text: cfcbackoffice@contfinco.com | Nov 18 2022 00:06:00 | Continental Finance Company, Attn: Bankruptcy, Po Box 8099, Newark, DE 19714 |
| 14212843 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 18 2022 00:17:05 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14238473 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 18 2022 00:16:58 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14212844 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 18 2022 00:17:05 | Capital One Na, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14243645 | | Email/PDF: bncnotices@becket-lee.com | Nov 18 2022 00:17:06 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14238474 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 18 2022 00:17:05 | Capital One, N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14212846 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 18 2022 00:16:59 | Citibank/Best Buy, Attn: Bankruptcy, Po Box 790441, St. Louis, MO 63179-0441 |
| 14212847 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 18 2022 00:17:07 | Citibank/Sears, Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14212848 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 18 2022 00:16:59 | Citibank/Sunoco, Citibank Corp/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14212849 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 18 2022 00:17:07 | Citicards, Citicorp Credit Services/Attn: Centraliz, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14235319 | + | Email/Text: bnc@bass-associates.com | Nov 18 2022 00:06:00 | Collins Asset Group, LLC., Bass & Associates, P.C., 3936 E. Ft. Lowell Rd., Suite 200, Tucson, AZ 85712-1083 |
| 14212850 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 18 2022 00:06:00 | Comenity Bank/Blair, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14212852 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 18 2022 00:16:59 | Credit One Bank, Attn: Bankruptcy, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14212854 | | Email/Text: BNSFN@capitalsvcs.com | Nov 18 2022 00:06:00 | First Nataional Bank/Legacy, Attn: Bankruptcy, Po Box 5097, Sioux Falls, SD 57117 |
| 14212855 | | Email/Text: collecadminbankruptcy@fnni.com | Nov 18 2022 00:06:00 | First National Bank, Attn: Tina, 1620 Dodge St Mailstop 4440, Omaha, NE 68197 |
| 14216020 | | Email/Text: collecadminbankruptcy@fnni.com | Nov 18 2022 00:06:00 | First National Bank of Omaha, 1620 Dodge Street, Stop code 3105, Omaha, NE 68197 |
| 14212858 | | Email/Text: BNSFS@capitalsvcs.com | Nov 18 2022 00:06:00 | First Savings Credit Card, Attn: Bankruptcy Department, Po Box 5019, Sioux Falls, SD 57117 |
| 14212857 | | Email/Text: BNBLAZE@capitalsvcs.com | Nov 18 2022 00:06:00 | First Saving Bank / Blaze, Attn: Bankruptcy, Po Box 5096, Sioux Falls, SD 57117 |
| 14241611 | + | Email/Text: bankruptcy@fult.com | Nov 18 2022 00:07:00 | FULTON BANK, N.A., Special Assets 5th Floor, One Penn Square, Lancaster, PA 17602-2853 |

District/off: 0313-4                          User: admin                                      Page 3 of 5
Date Rcvd: Nov 17, 2022                      Form ID: 210U                                  Total Noticed: 80

| 14212856 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Nov 18 2022 00:17:12 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
|---|---|---|---|---|
| 14212860 | + | Email/Text: bankruptcy@fult.com | Nov 18 2022 00:07:00 | Fulton Bank, 1695 E State St, E Petersburg, PA 17520-1328 |
| 14212861 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Nov 18 2022 00:07:00 | Genesis Bc/celtic Bank, Attn: Bankruptcy, 268 South State Street Ste 300, Salt Lake City, UT 84111-5314 |
| 14212864 | + | Email/Text: PBNCNotifications@peritusservices.com | Nov 18 2022 00:06:00 | Kohls/Capital One, Kohls Credit, Po Box 3120, Milwaukee, WI 53201-3120 |
| 14226895 | | Email/Text: ktramble@lendmarkfinancial.com | Nov 18 2022 00:06:00 | LENDMARK FINANCIAL SERVICES, LLC, 2118 USHER STREET, COVINGTON, GA 30014 |
| 14244964 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 18 2022 00:17:06 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14212867 | ^ | MEBN | Nov 18 2022 00:02:02 | Lendmark Financial Services, 1735 North Brown Road, Suite 300, Lawrenceville, GA 30043-8228 |
| 14243802 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 18 2022 00:17:07 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14212868 | + | Email/Text: bankruptcy@marinerfinance.com | Nov 18 2022 00:06:00 | Mariner Finance, Llc, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 14212869 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 18 2022 00:16:59 | Merrick Bank/CardWorks, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14418208 | | Email/Text: mtgbk@shellpointmtg.com | Nov 18 2022 00:06:00 | Morgan Stanley Mortgage Capital Holdings LLC, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14212870 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 18 2022 00:06:00 | Mr. Cooper, Attn: Bankruptcy, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 14370700 | | Email/Text: nsm_bk_notices@mrcooper.com | Nov 18 2022 00:06:00 | Nationstar Mortgage LLC, d/b/a Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9741 |
| 14212871 | + | Email/Text: Bankruptcies@nragroup.com | Nov 18 2022 00:07:00 | National Recovery Agency, Attn: Bankruptcy, Po Box 67015, Harrisburg, PA 17106-7015 |
| 14517476 | + | Email/Text: POCInquiries@BonialPC.com | Nov 18 2022 00:06:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, c/o National Bankruptcy Services, 14841 Dallas Parkway, Suite 300,, Dallas, TX 75254-7883 |
| 14224248 | | Email/PDF: cbp@onemainfinancial.com | Nov 18 2022 00:17:11 | ONEMAIN, PO BOX 3251, EVANSVILLE, IN. 47731-3251 |
| 14212873 | + | Email/PDF: cbp@onemainfinancial.com | Nov 18 2022 00:17:05 | OneMain Financial, Attn: Bankruptcy, 601 Nw 2nd Street, Evansville, IN 47708-1013 |
| 14212874 | + | Email/Text: bankruptcynotices@psecu.com | Nov 18 2022 00:07:00 | P S E C U, Attention: Bankruptcy, Po Box 67013, Harrisburg, PA 17106-7013 |
| 14240672 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 18 2022 00:17:12 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14243664 | + | Email/Text: bankruptcynotices@psecu.com | Nov 18 2022 00:07:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 14212876 | | Email/Text: BankruptcyMail@questdiagnostics.com | Nov 18 2022 00:07:00 | QUEST DIAGNOSTICS, PO BOX 740775, CINCINNATI, OH 45274-0775 |
| 14245791 | | Email/Text: bnc-quantum@quantum3group.com | Nov 18 2022 00:06:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14236299 | | Email/Text: bnc-quantum@quantum3group.com | Nov 18 2022 00:06:00 | Quantum3 Group LLC as agent for, GPCC I LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14212878 | | Email/Text: legalservices12@snaponcredit.com | Nov 18 2022 00:06:00 | SNAP ON CREDIT, ATTN BANKRUPTCY, 950 |

District/off: 0313-4                                    User: admin                                    Page 4 of 5

Date Rcvd: Nov 17, 2022                            Form ID: 210U                            Total Noticed: 80

|  |  |  | TECHNOLOGY WAY SUITE 301, LIBERTYVILLE, IL 60048 |
|---|---|---|---|
| 14498626 | + | Email/Text: bncmail@w-legal.com | |
|  |  | Nov 18 2022 00:06:00 | Scolopax, LLC, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVE., STE 400, SEATTLE, WA 98121-3132 |
| 14213112 | + | Email/PDF: gecsedi@recoverycorp.com | |
|  |  | Nov 18 2022 00:17:06 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14212879 | + | Email/PDF: gecsedi@recoverycorp.com | |
|  |  | Nov 18 2022 00:17:07 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965061, Orlando, FL 32896-5061 |
| 14212880 | + | Email/PDF: gecsedi@recoverycorp.com | |
|  |  | Nov 18 2022 00:17:06 | Synchrony Bank/Walmart, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14212881 | + | Email/PDF: gecsedi@recoverycorp.com | |
|  |  | Nov 18 2022 00:17:05 | Synchrony/Ashley Furniture Homestore, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 14234570 | + | Email/Text: nsm_bk_notices@mrcooper.com | |
|  |  | Nov 18 2022 00:06:00 | The Bank of New York Mellon, PO Box 619096, Dallas TX 75261-9096 |
| 14258408 | + | Email/Text: RASEBN@raslg.com | |
|  |  | Nov 18 2022 00:06:00 | The Bank of New York Mellon, RAS Crane, LLC, c/o Kevin Buttery, Esq., 10700 Abbott's Bridge Road, Ste 170, Duluth, GA 30097-8461 |
| 14370702 | + | Email/Text: nsm_bk_notices@mrcooper.com | |
|  |  | Nov 18 2022 00:06:00 | The Bank of New York Mellon et. al, c/o Nationstar Mortgage LLC, d/b/a Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |
| 14212882 | + | Email/Text: media@trueaccord.com | |
|  |  | Nov 18 2022 00:07:00 | Trueaccord, 303 2nd Street Suite 750, San Francisco, CA 94107-2543 |
| 14212853 |  | Email/Text: RPSBankruptcyBNCNotification@usbank.com | |
|  |  | Nov 18 2022 00:06:00 | Elan Financial Service, Attn: Bankruptcy, 4801 Frederica Street, Owensboro, KY 42301 |
| 14629176 | + | Email/Text: RASEBN@raslg.com | |
|  |  | Nov 18 2022 00:06:00 | Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, c/o Robertson, Anschutz, Schneid, Crane, & Partners, PLLC, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| 14613615 | + | Email/Text: bkteam@selenefinance.com | |
|  |  | Nov 18 2022 00:06:00 | Wilmington Savings Fund Society, FSB, Selene Finance, LP, 3501 Olympus Blvd, Ste 500, Attn: BK Dept, Dallas, TX 75019-6295 |

TOTAL: 65

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |  | FV-I, Inc. in trust for Morgan Stanley Mortgage Ca |
| cr | * | Morgan Stanley Mortgage Capital Holdings LLC, P.O. Box 10826, Greenville, SC 29603-0826 |
| cr | *+ | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14237573 | *P++ | LENDMARK FINANCIAL SERVICES, 2118 USHER ST, COVINGTON GA 30014-2434, address filed with court:, LENDMARK FINANCIAL SERVICES, LLC, 2118 USHER STREET, COVINGTON, GA 30014 |
| 14245267 | *+ | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 14321121 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14247687 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14498655 | *+ | Scolopax, LLC, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVE., STE 400, SEATTLE, WA 98121-3132 |
| 14212859 | ##+ | Fox and Fox, Attorneys at Law, P.C., 425 Swede Street, Suite 706, One Montgomery Plaza, Norristown, PA 19401-4852 |
| 14212872 | ##+ | North Shore Agency, PO Box 9221, Old Bethpage, NY 11804-9021 |

TOTAL: 1 Undeliverable, 7 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

District/off: 0313-4                          User: admin                                   Page 5 of 5
Date Rcvd: Nov 17, 2022                       Form ID: 210U                          Total Noticed: 80

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 19, 2022                     Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 17, 2022 at the address(es) listed below:**

**Name**                        **Email Address**

CHARLES GRIFFIN WOHLRAB
                                on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium
                                Mortgage Acquisition Trust cwohlrab@raslg.com

CHARLES GRIFFIN WOHLRAB
                                on behalf of Creditor Wilmington Savings Fund Society  FSB, cwohlrab@raslg.com

DANIEL P. JONES
                                on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing djones@sterneisenberg.com  bkecf@sterneisenberg.com

KEVIN G. MCDONALD
                                on behalf of Creditor The Bank of New York Mellon as Indenture Trustee for Nationstar Home Equity Loan Trust 2009-A
                                bkgroup@kmllawgroup.com

KEVIN M. BUTTERY
                                on behalf of Creditor The Bank of New York Mellon as Indenture Trustee for Nationstar Home Equity Loan Trust 2009-A
                                cdigianantonio@rascrane.com

LEONARD ZAGURSKIE, JR
                                on behalf of Debtor Robert Lee Boltz lzaglaw.usa@startmail.com

LEONARD ZAGURSKIE, JR
                                on behalf of Joint Debtor Linda L Boltz lzaglaw.usa@startmail.com

ROBERT H. HOLBER
                                trustee@holber.com  rholber@ecf.axosfs.com

United States Trustee
                                USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 9

### *UNITED STATES BANKRUPTCY COURT*
### *EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Robert Lee Boltz and Linda L Boltz                    Case No: 18−16837−pmm

     Debtor(s)


_____

### *CLERK'S NOTICE RE: PRESUMPTION OF ABUSE*

To the debtor, debtor's counsel, interim trustee, creditors and all parties in interest,

NOTICE is hereby given, in accordance with 11 U.S.C. §342(d):

This is a Chapter 7 case of an individual with primarily consumer debts and insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified under F.R.B.P 5008.


                                               For The Court

Dated: 11/17/22

                                             Timothy B. McGrath
                                             Clerk of Court