United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                                                                Case No. 18-16837-pmm
Robert Lee Boltz                                                                                   Chapter 7
Linda L Boltz
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4                                         User: admin                                                  Page 1 of 4
Date Rcvd: Nov 17, 2022                             Form ID: 309A                                    Total Noticed: 77

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 19, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Robert Lee Boltz, Linda L Boltz, 210 Ft Henry Rd, Bethel, PA 19507-9546 |
| ust | | United States Trustee, Office of the U.S. Trustee, Robert N.C. Nix Federal Building, Suite 300, Philadelphia, PA 19107 |
| 14212839 | + | Bill Bowman, 167 Naftzingertown Rd, Mohrsville, PA 19541-9786 |
| 14212842 | + | Build Card, Attn: Bankruptcy, Po Box 9203, Old Bethpage, NY 11804-9003 |
| 14212845 | | CBCS, PO BOX 2724, COLUMBUS, OH 43216-2724 |
| 14212862 | + | GOOD SAMARITAN HOSPITAL, ATTN PATIENT ACCOUNTING, PO BOX 1281, LEBANON, PA 17042-1281 |
| 14212863 | + | GOOD SAMARITAN PHYSICIAN SERVICES, PO BOX 300, LEBANON, PA 17042-0300 |
| 14212865 | + | LEBANON ANES ASSOC LTD, PO BOX 638446, CINCINNATI, OH 45263-8446 |
| 14212866 | + | LendingUSA, Attn: Bankruptcy Dept, 15303 Ventura Blvd. Suite 850, Sherman Oaks, CA 91403-6630 |
| 14250209 | + | Leonard Zagurskie, Jr, Law Office of Leonard Zagurskie, Jr, 110 West Main Avenue 1st Flr, Myerstown, PA 17067-1019 |
| 14248583 | + | Nationstar Mortgage, c/o Kevin G. McDonald, Esq., 701 Market Street, Ste 5000, Philadelphia, PA 19106-1541 |
| 14212875 | # | PEERLESS CREDIT SERVICES INC, PO BOX 518, MIDDLETOWN, PA 17057-0518 |
| 14212877 | | QUEST Diagnostics - MR 461, PO Box 4911, Southeastern, PA 19398-4911 |
| 14212883 | | UNIVERSAL FIDELITY LP, PO BOX 219785, Houston, TX 77218-9785 |
| 14212884 | | WELLSPAN HEALTH, PO BOX 742688, CINCINNATI, OH 45274-2688 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | Email/Text: lzaglaw.usa@startmail.com | Nov 18 2022 00:06:00 | LEONARD ZAGURSKIE, JR, Law Office of Leonard Zagurskie Jr., 110 West Main Avenue, 1st Floor, Myerstown, PA 17067 |
| tr | + EDI: QRHHOLBER.COM | Nov 18 2022 05:08:00 | ROBERT H. HOLBER, Robert H. Holber PC, 41 East Front Street, Media, PA 19063-2911 |
| smg | + Email/Text: taxclaim@countyofberks.com | Nov 18 2022 00:06:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + Email/Text: usapae.bankruptcynotices@usdoj.gov | Nov 18 2022 00:07:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14212840 | + Email/Text: legal@blirentals.com | Nov 18 2022 00:06:00 | BLI Rentals, LLC, PO Box 992, Emporia, KS 66801-0992 |
| 14212841 | Email/Text: BNBSB@capitalsvcs.com | Nov 18 2022 00:06:00 | Bryant State Bank/CCS, Attn: Bankruptcy, Po Box 215, Bryant, SD 57221 |
| 14212838 | + EDI: TSYS2 | | |

| Recipient ID | Notice Type | Date/Time | Recipient |
|---|---|---|---|
| | | Nov 18 2022 05:08:00 | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 14212851 | Email/Text: cfcbackoffice@contfinco.com | Nov 18 2022 00:06:00 | Continental Finance Company, Attn: Bankruptcy, Po Box 8099, Newark, DE 19714 |
| 14212843 | + EDI: CAPITALONE.COM | Nov 18 2022 05:08:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14238473 | EDI: CAPITALONE.COM | Nov 18 2022 05:08:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14212844 | + EDI: CAPITALONE.COM | Nov 18 2022 05:08:00 | Capital One Na, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14243645 | Email/PDF: bncnotices@becket-lee.com | Nov 18 2022 00:17:06 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14238474 | EDI: CAPITALONE.COM | Nov 18 2022 05:08:00 | Capital One, N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14212846 | + EDI: CITICORP.COM | Nov 18 2022 05:08:00 | Citibank/Best Buy, Attn: Bankruptcy, Po Box 790441, St. Louis, MO 63179-0441 |
| 14212847 | + EDI: CITICORP.COM | Nov 18 2022 05:08:00 | Citibank/Sears, Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14212848 | + EDI: CITICORP.COM | Nov 18 2022 05:08:00 | Citibank/Sunoco, Citibank Corp/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14212849 | + EDI: CITICORP.COM | Nov 18 2022 05:08:00 | Citicards, Citicorp Credit Services/Attn: Centraliz, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14235319 | + EDI: BASSASSOC.COM | Nov 18 2022 05:08:00 | Collins Asset Group, LLC., Bass & Associates, P.C., 3936 E. Ft. Lowell Rd., Suite 200, Tucson, AZ 85712-1083 |
| 14212850 | + EDI: WFNNB.COM | Nov 18 2022 05:08:00 | Comenity Bank/Blair, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14212852 | + Email/PDF: creditonebknotifications@resurgent.com | Nov 18 2022 00:16:58 | Credit One Bank, Attn: Bankruptcy, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14212854 | Email/Text: BNSFN@capitalsvcs.com | Nov 18 2022 00:06:00 | First Nataional Bank/Legacy, Attn: Bankruptcy, Po Box 5097, Sioux Falls, SD 57117 |
| 14212855 | Email/Text: collecadminbankruptcy@fnni.com | Nov 18 2022 00:06:00 | First National Bank, Attn: Tina, 1620 Dodge St Mailstop 4440, Omaha, NE 68197 |
| 14216020 | Email/Text: collecadminbankruptcy@fnni.com | Nov 18 2022 00:06:00 | First National Bank of Omaha, 1620 Dodge Street, Stop code 3105, Omaha, NE 68197 |
| 14212858 | Email/Text: BNSFS@capitalsvcs.com | Nov 18 2022 00:06:00 | First Savings Credit Card, Attn: Bankruptcy Department, Po Box 5019, Sioux Falls, SD 57117 |
| 14212857 | Email/Text: BNBLAZE@capitalsvcs.com | Nov 18 2022 00:06:00 | First Saving Bank / Blaze, Attn: Bankruptcy, Po Box 5096, Sioux Falls, SD 57117 |
| 14241611 | + Email/Text: bankruptcy@fult.com | Nov 18 2022 00:07:00 | FULTON BANK, N.A., Special Assets 5th Floor, One Penn Square, Lancaster, PA 17602-2853 |
| 14212856 | + EDI: AMINFOFP.COM | Nov 18 2022 05:08:00 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 14212860 | + Email/Text: bankruptcy@fult.com | Nov 18 2022 00:07:00 | Fulton Bank, 1695 E State St, E Petersburg, PA 17520-1328 |
| 14212861 | + EDI: PHINGENESIS | Nov 18 2022 05:08:00 | Genesis Bc/celtic Bank, Attn: Bankruptcy, 268 South State Street Ste 300, Salt Lake City, UT 84111-5314 |
| 14212864 | + Email/Text: PBNCNotifications@peritusservices.com | Nov 18 2022 00:06:00 | Kohls/Capital One, Kohls Credit, Po Box 3120, Milwaukee, WI 53201-3120 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14226895 | | Email/Text: ktramble@lendmarkfinancial.com | Nov 18 2022 00:06:00 | LENDMARK FINANCIAL SERVICES, LLC, 2118 USHER STREET, COVINGTON, GA 30014 |
| 14244964 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 18 2022 00:17:06 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14212867 | ^ | MEBN | Nov 18 2022 00:02:03 | Lendmark Financial Services, 1735 North Brown Road, Suite 300, Lawrenceville, GA 30043-8228 |
| 14243802 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 18 2022 00:16:58 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14212868 | + | Email/Text: bankruptcy@marinerfinance.com | Nov 18 2022 00:06:00 | Mariner Finance, Llc, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 14212869 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 18 2022 00:17:06 | Merrick Bank/CardWorks, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14418208 | | Email/Text: mtgbk@shellpointmtg.com | Nov 18 2022 00:06:00 | Morgan Stanley Mortgage Capital Holdings LLC, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14212870 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 18 2022 00:06:00 | Mr. Cooper, Attn: Bankruptcy, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 14370700 | | Email/Text: nsm_bk_notices@mrcooper.com | Nov 18 2022 00:06:00 | Nationstar Mortgage LLC, d/b/a Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9741 |
| 14212871 | + | Email/Text: Bankruptcies@nragroup.com | Nov 18 2022 00:07:00 | National Recovery Agency, Attn: Bankruptcy, Po Box 67015, Harrisburg, PA 17106-7015 |
| 14517476 | + | Email/Text: POCInquiries@BonialPC.com | Nov 18 2022 00:06:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, c/o National Bankruptcy Services, 14841 Dallas Parkway, Suite 300,, Dallas, TX 75254-7883 |
| 14224248 | | EDI: AGFINANCE.COM | Nov 18 2022 05:08:00 | ONEMAIN, PO BOX 3251, EVANSVILLE, IN. 47731-3251 |
| 14212873 | + | EDI: AGFINANCE.COM | Nov 18 2022 05:08:00 | OneMain Financial, Attn: Bankruptcy, 601 Nw 2nd Street, Evansville, IN 47708-1013 |
| 14212874 | + | Email/Text: bankruptcynotices@psecu.com | Nov 18 2022 00:07:00 | P S E C U, Attention: Bankruptcy, Po Box 67013, Harrisburg, PA 17106-7013 |
| 14240672 | | EDI: PRA.COM | Nov 18 2022 05:08:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14243664 | + | Email/Text: bankruptcynotices@psecu.com | Nov 18 2022 00:07:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 14212876 | | Email/Text: BankruptcyMail@questdiagnostics.com | Nov 18 2022 00:07:00 | QUEST DIAGNOSTICS, PO BOX 740775, CINCINNATI, OH 45274-0775 |
| 14245791 | | EDI: Q3G.COM | Nov 18 2022 05:08:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14236299 | | EDI: Q3G.COM | Nov 18 2022 05:08:00 | Quantum3 Group LLC as agent for, GPCC I LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14212878 | | Email/Text: legalservices12@snaponcredit.com | Nov 18 2022 00:06:00 | SNAP ON CREDIT, ATTN BANKRUPTCY, 950 TECHNOLOGY WAY SUITE 301, LIBERTYVILLE, IL 60048 |
| 14498626 | + | Email/Text: bncmail@w-legal.com | Nov 18 2022 00:06:00 | Scolopax, LLC, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVE., STE 400, SEATTLE, WA 98121-3132 |
| 14213112 | + | EDI: RMSC.COM | Nov 18 2022 05:08:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14212879 | + | EDI: RMSC.COM | Nov 18 2022 05:08:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965061, Orlando, FL 32896-5061 |

Case 18-16837-pmm   Doc 125   Filed 11/19/22   Entered 11/20/22 00:33:42   Desc
Imaged Certificate of Notice   Page 4 of 6

| District/off: 0313-4 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Nov 17, 2022 | Form ID: 309A | Total Noticed: 77 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14212880 | + | EDI: RMSC.COM | Nov 18 2022 05:08:00 | Synchrony Bank/Walmart, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14212881 | + | EDI: RMSC.COM | Nov 18 2022 05:08:00 | Synchrony/Ashley Furniture Homestore, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 14234570 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 18 2022 00:06:00 | The Bank of New York Mellon, PO Box 619096, Dallas TX 75261-9096 |
| 14258408 | + | Email/Text: RASEBN@raslg.com | Nov 18 2022 00:06:00 | The Bank of New York Mellon, RAS Crane, LLC, c/o Kevin Buttery, Esq., 10700 Abbott's Bridge Road, Ste 170, Duluth, GA 30097-8461 |
| 14370702 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 18 2022 00:06:00 | The Bank of New York Mellon et. al, c/o Nationstar Mortgage LLC, d/b/a Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |
| 14212882 | + | Email/Text: media@trueaccord.com | Nov 18 2022 00:07:00 | Trueaccord, 303 2nd Street Suite 750, San Francisco, CA 94107-2543 |
| 14212853 | | EDI: USBANKARS.COM | Nov 18 2022 05:08:00 | Elan Financial Service, Attn: Bankruptcy, 4801 Frederica Street, Owensboro, KY 42301 |
| 14629176 | + | Email/Text: RASEBN@raslg.com | Nov 18 2022 00:06:00 | Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, c/o Robertson, Anschutz, Schneid, Crane, & Partners, PLLC, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| 14613615 | + | Email/Text: bkteam@selenefinance.com | Nov 18 2022 00:06:00 | Wilmington Savings Fund Society, FSB, Selene Finance, LP, 3501 Olympus Blvd, Ste 500, Attn: BK Dept, Dallas, TX 75019-6295 |

TOTAL: 62

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14237573 | *P++ | LENDMARK FINANCIAL SERVICES, 2118 USHER ST, COVINGTON GA 30014-2434, address filed with court:, LENDMARK FINANCIAL SERVICES, LLC, 2118 USHER STREET, COVINGTON, GA 30014 |
| 14245267 | *+ | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 14321121 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14247687 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14498655 | *+ | Scolopax, LLC, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVE., STE 400, SEATTLE, WA 98121-3132 |
| 14212859 | ##+ | Fox and Fox, Attorneys at Law, P.C., 425 Swede Street, Suite 706, One Montgomery Plaza, Norristown, PA 19401-4852 |
| 14212872 | ##+ | North Shore Agency, PO Box 9221, Old Bethpage, NY 11804-9021 |

TOTAL: 0 Undeliverable, 5 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 19, 2022         Signature:        /s/Gustava Winters

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Robert Lee Boltz<br>First Name  Middle Name  Last Name | Social Security number or ITIN:<br>EIN: | xxx–xx–7175<br>__–_____ |
| Debtor 2:<br>(Spouse, if filing) | Linda L Boltz<br>First Name  Middle Name  Last Name | Social Security number or ITIN:<br>EIN: | xxx–xx–0427<br>__–_____ |
| United States Bankruptcy Court: | Eastern District of Pennsylvania | Date case filed in chapter: | 13  10/12/18 |
| Case number: | 18–16837–pmm | Date case converted to chapter: | 7  11/16/22 |

Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    10/20
**\*\*Debtor's Photo ID & Social Security Card Must Be Presented at 341 Hearing\*\***

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Robert Lee Boltz | Linda L Boltz |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 210 Ft Henry Rd<br>Bethel, PA 19507 | 210 Ft Henry Rd<br>Bethel, PA 19507 |
| 4. | **Debtor's attorney**<br>Name and address | LEONARD ZAGURSKIE JR<br>Law Office of Leonard Zagurskie Jr.<br>110 West Main Avenue, 1st Floor<br>Myerstown, PA 17067 | Contact phone 717–628–5180<br>Email: lzaglaw.usa@startmail.com |
| 5. | **Bankruptcy trustee**<br>Name and address | ROBERT H. HOLBER<br>Robert H. Holber PC<br>41 East Front Street<br>Media, PA 19063 | Contact phone (610) 565–5463<br>Email: trustee@holber.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page 1

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | United States Bankruptcy Court<br>Office of the Clerk, Gateway Building<br>201 Penn Street, 1st Floor<br>Reading, PA 19601 | Hours open:<br>Philadelphia Office –– 9:00 A.M. to 4:00 P.M; Reading Office –– 9:00 A.M. to 4:00 P.M.<br><br>Contact phone (610)2085040<br><br>Date: 11/17/22 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **December 28, 2022 at 09:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: **Section 341 Meeting will be conducted by telephone. Please consult the docket or contact the trustee appointed to the case for access or call–in information.** |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 2/27/23** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov . If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                                     page **2**