United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Robert Lee Boltz  
Linda L Boltz  
    Debtors

Case No. 18-16837-pmm  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 5  
Date Rcvd: Mar 03, 2023     Form ID: 318     Total Noticed: 76

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 05, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Robert Lee Boltz, Linda L Boltz, 210 Ft Henry Rd, Bethel, PA 19507-9546 |
| 14212839 | + | Bill Bowman, 167 Naftzingertown Rd, Mohrsville, PA 19541-9786 |
| 14212842 | + | Build Card, Attn: Bankruptcy, Po Box 9203, Old Bethpage, NY 11804-9003 |
| 14212845 | | CBCS, PO BOX 2724, COLUMBUS, OH 43216-2724 |
| 14212862 | + | GOOD SAMARITAN HOSPITAL, ATTN PATIENT ACCOUNTING, PO BOX 1281, LEBANON, PA 17042-1281 |
| 14212863 | + | GOOD SAMARITAN PHYSICIAN SERVICES, PO BOX 300, LEBANON, PA 17042-0300 |
| 14212865 | + | LEBANON ANES ASSOC LTD, PO BOX 638446, CINCINNATI, OH 45263-8446 |
| 14212866 | + | LendingUSA, Attn: Bankruptcy Dept, 15303 Ventura Blvd. Suite 850, Sherman Oaks, CA 91403-6630 |
| 14250209 | + | Leonard Zagurskie, Jr, Law Office of Leonard Zagurskie, Jr, 110 West Main Avenue 1st Flr, Myerstown, PA 17067-1019 |
| 14248583 | + | Nationstar Mortgage, c/o Kevin G. McDonald, Esq., 701 Market Street, Ste 5000, Philadelphia, PA 19106-1541 |
| 14212872 | + | North Shore Agency, PO Box 9221, Old Bethpage, NY 11804-9021 |
| 14212875 | # | PEERLESS CREDIT SERVICES INC, PO BOX 518, MIDDLETOWN, PA 17057-0518 |
| 14212877 | | QUEST Diagnostics - MR 461, PO Box 4911, Southeastern, PA 19398-4911 |
| 14212883 | | UNIVERSAL FIDELITY LP, PO BOX 219785, Houston, TX 77218-9785 |
| 14212884 | | WELLSPAN HEALTH, PO BOX 742688, CINCINNATI, OH 45274-2688 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QRHHOLBER.COM | Mar 04 2023 05:17:00 | ROBERT H. HOLBER, Robert H. Holber PC, 41 East Front Street, Media, PA 19063-2911 |
| smg | + | Email/Text: taxclaim@countyofberks.com | Mar 04 2023 00:18:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Mar 04 2023 00:18:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14212840 | + | Email/Text: legal@blirentals.com | Mar 04 2023 00:18:00 | BLI Rentals, LLC, PO Box 992, Emporia, KS 66801-0992 |
| 14212841 | | Email/Text: BNBSB@capitalsvcs.com | Mar 04 2023 00:18:00 | Bryant State Bank/CCS, Attn: Bankruptcy, Po Box 215, Bryant, SD 57221 |
| 14212838 | + | EDI: TSYS2 | Mar 04 2023 05:17:00 | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 14212851 | | Email/Text: cfcbackoffice@contfinco.com | Mar 04 2023 00:18:00 | Continental Finance Company, Attn: Bankruptcy, |

Case 18-16837-pmm   Doc 133   Filed 03/05/23   Entered 03/06/23 00:27:44   Desc
Imaged Certificate of Notice   Page 2 of 7

| District/off: 0313-4 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Mar 03, 2023 | Form ID: 318 | Total Noticed: 76 |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | Po Box 8099, Newark, DE 19714 |
| 14212843 | + | EDI: CAPITALONE.COM | Mar 04 2023 05:17:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14238473 | | EDI: CAPITALONE.COM | Mar 04 2023 05:17:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14212844 | + | EDI: CAPITALONE.COM | Mar 04 2023 05:17:00 | Capital One Na, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14243645 | | Email/PDF: bncnotices@becket-lee.com | Mar 04 2023 00:32:14 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14238474 | | EDI: CAPITALONE.COM | Mar 04 2023 05:17:00 | Capital One, N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14212846 | + | EDI: CITICORP.COM | Mar 04 2023 05:17:00 | Citibank/Best Buy, Attn: Bankruptcy, Po Box 790441, St. Louis, MO 63179-0441 |
| 14212847 | + | EDI: CITICORP.COM | Mar 04 2023 05:17:00 | Citibank/Sears, Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14212848 | + | EDI: CITICORP.COM | Mar 04 2023 05:17:00 | Citibank/Sunoco, Citibank Corp/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14212849 | + | EDI: CITICORP.COM | Mar 04 2023 05:17:00 | Citicards, Citicorp Credit Services/Attn: Centraliz, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14235319 | + | EDI: BASSASSOC.COM | Mar 04 2023 05:17:00 | Collins Asset Group, LLC., Bass & Associates, P.C., 3936 E. Ft. Lowell Rd., Suite 200, Tucson, AZ 85712-1083 |
| 14212850 | + | EDI: WFNNB.COM | Mar 04 2023 05:17:00 | Comenity Bank/Blair, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14212852 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 04 2023 00:32:19 | Credit One Bank, Attn: Bankruptcy, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14212854 | | Email/Text: BNSFN@capitalsvcs.com | Mar 04 2023 00:18:00 | First Nataional Bank/Legacy, Attn: Bankruptcy, Po Box 5097, Sioux Falls, SD 57117 |
| 14212855 | | Email/Text: collecadminbankruptcy@fnni.com | Mar 04 2023 00:18:00 | First National Bank, Attn: Tina, 1620 Dodge St Mailstop 4440, Omaha, NE 68197 |
| 14216020 | | Email/Text: collecadminbankruptcy@fnni.com | Mar 04 2023 00:18:00 | First National Bank of Omaha, 1620 Dodge Street, Stop code 3105, Omaha, NE 68197 |
| 14212858 | | Email/Text: BNSFS@capitalsvcs.com | Mar 04 2023 00:18:00 | First Savings Credit Card, Attn: Bankruptcy Department, Po Box 5019, Sioux Falls, SD 57117 |
| 14212857 | | Email/Text: BNBLAZE@capitalsvcs.com | Mar 04 2023 00:18:00 | First Saving Bank / Blaze, Attn: Bankruptcy, Po Box 5096, Sioux Falls, SD 57117 |
| 14241611 | + | Email/Text: bankruptcy@fult.com | Mar 04 2023 00:18:00 | FULTON BANK, N.A., Special Assets 5th Floor, One Penn Square, Lancaster, PA 17602-2853 |
| 14212856 | + | EDI: AMINFOFP.COM | Mar 04 2023 05:17:00 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 14212860 | + | Email/Text: bankruptcy@fult.com | Mar 04 2023 00:18:00 | Fulton Bank, 1695 E State St, E Petersburg, PA 17520-1328 |
| 14212861 | + | EDI: PHINGENESIS | Mar 04 2023 05:17:00 | Genesis Bc/celtic Bank, Attn: Bankruptcy, 268 South State Street Ste 300, Salt Lake City, UT 84111-5314 |
| 14212864 | + | Email/Text: PBNCNotifications@peritusservices.com | Mar 04 2023 00:18:00 | Kohls/Capital One, Kohls Credit, Po Box 3120, Milwaukee, WI 53201-3120 |
| 14226895 | | Email/Text: ktramble@lendmarkfinancial.com | Mar 04 2023 00:18:00 | LENDMARK FINANCIAL SERVICES, LLC, 2118 USHER STREET, COVINGTON, GA 30014 |

Case 18-16837-pmm    Doc 133    Filed 03/05/23    Entered 03/06/23 00:27:44    Desc
Imaged Certificate of Notice    Page 3 of 7

| District/off: 0313-4 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Mar 03, 2023 | Form ID: 318 | Total Noticed: 76 |

| | | | | |
|---|---|---|---|---|
| 14244964 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 04 2023 00:32:09 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14212867 | ^ | MEBN | Mar 04 2023 00:15:42 | Lendmark Financial Services, 1735 North Brown Road, Suite 300, Lawrenceville, GA 30043-8228 |
| 14243802 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 04 2023 00:32:13 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14212868 | + | Email/Text: bankruptcy@marinerfinance.com | Mar 04 2023 00:18:00 | Mariner Finance, Llc, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 14212869 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 04 2023 00:32:14 | Merrick Bank/CardWorks, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14418208 | | Email/Text: mtgbk@shellpointmtg.com | Mar 04 2023 00:18:00 | Morgan Stanley Mortgage Capital Holdings LLC, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14212870 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 04 2023 00:18:00 | Mr. Cooper, Attn: Bankruptcy, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 14370700 | | Email/Text: nsm_bk_notices@mrcooper.com | Mar 04 2023 00:18:00 | Nationstar Mortgage LLC, d/b/a Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9741 |
| 14212871 | + | Email/Text: Bankruptcies@nragroup.com | Mar 04 2023 00:18:00 | National Recovery Agency, Attn: Bankruptcy, Po Box 67015, Harrisburg, PA 17106-7015 |
| 14517476 | + | Email/Text: POCInquiries@BonialPC.com | Mar 04 2023 00:18:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, c/o National Bankruptcy Services, 14841 Dallas Parkway, Suite 300,, Dallas, TX 75254-7883 |
| 14224248 | | EDI: AGFINANCE.COM | Mar 04 2023 05:17:00 | ONEMAIN, PO BOX 3251, EVANSVILLE, IN. 47731-3251 |
| 14212873 | + | EDI: AGFINANCE.COM | Mar 04 2023 05:17:00 | OneMain Financial, Attn: Bankruptcy, 601 Nw 2nd Street, Evansville, IN 47708-1013 |
| 14212874 | + | Email/Text: bankruptcynotices@psecu.com | Mar 04 2023 00:18:00 | P S E C U, Attention: Bankruptcy, Po Box 67013, Harrisburg, PA 17106-7013 |
| 14240672 | | EDI: PRA.COM | Mar 04 2023 05:17:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14243664 | + | Email/Text: bankruptcynotices@psecu.com | Mar 04 2023 00:18:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 14212876 | | Email/Text: BankruptcyMail@questdiagnostics.com | Mar 04 2023 00:18:00 | QUEST DIAGNOSTICS, PO BOX 740775, CINCINNATI, OH 45274-0775 |
| 14245791 | | EDI: Q3G.COM | Mar 04 2023 05:17:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14236299 | | EDI: Q3G.COM | Mar 04 2023 05:17:00 | Quantum3 Group LLC as agent for, GPCC I LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14212878 | | Email/Text: legalservices12@snaponcredit.com | Mar 04 2023 00:18:00 | SNAP ON CREDIT, ATTN BANKRUPTCY, 950 TECHNOLOGY WAY SUITE 301, LIBERTYVILLE, IL 60048 |
| 14498626 | + | Email/Text: bncmail@w-legal.com | Mar 04 2023 00:18:00 | Scolopax, LLC, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVE., STE 400, SEATTLE, WA 98121-3132 |
| 14213112 | + | EDI: RMSC.COM | Mar 04 2023 05:17:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14212879 | + | EDI: RMSC.COM | Mar 04 2023 05:17:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965061, Orlando, FL 32896-5061 |
| 14212880 | + | EDI: RMSC.COM | Mar 04 2023 05:17:00 | Synchrony Bank/Walmart, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14212881 | + | EDI: RMSC.COM | | |

| | | | | |
|---|---|---|---|---|
| | | | Mar 04 2023 05:17:00 | Synchrony/Ashley Furniture Homestore, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 14234570 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 04 2023 00:18:00 | The Bank of New York Mellon, PO Box 619096, Dallas TX 75261-9096 |
| 14258408 | + | Email/Text: RASEBN@raslg.com | Mar 04 2023 00:18:00 | The Bank of New York Mellon, RAS Crane, LLC, c/o Kevin Buttery, Esq., 10700 Abbott's Bridge Road, Ste 170, Duluth, GA 30097-8461 |
| 14370702 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 04 2023 00:18:00 | The Bank of New York Mellon et. al, c/o Nationstar Mortgage LLC, d/b/a Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |
| 14212882 | + | Email/Text: media@trueaccord.com | Mar 04 2023 00:18:00 | Trueaccord, 303 2nd Street Suite 750, San Francisco, CA 94107-2543 |
| 14212853 | | EDI: USBANKARS.COM | Mar 04 2023 05:17:00 | Elan Financial Service, Attn: Bankruptcy, 4801 Frederica Street, Owensboro, KY 42301 |
| 14629176 | + | Email/Text: RASEBN@raslg.com | Mar 04 2023 00:18:00 | Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, c/o Robertson, Anschutz, Schneid, Crane, & Partners, PLLC, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| 14613615 | + | Email/Text: bkteam@selenefinance.com | Mar 04 2023 00:18:00 | Wilmington Savings Fund Society, FSB, Selene Finance, LP, 3501 Olympus Blvd, Ste 500, Attn: BK Dept, Dallas, TX 75019-6295 |

TOTAL: 61

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | *+ | ROBERT H. HOLBER, Robert H. Holber PC, 41 East Front Street, Media, PA 19063-2911 |
| 14237573 | *P++ | LENDMARK FINANCIAL SERVICES, 2118 USHER ST, COVINGTON GA 30014-2434, address filed with court:, LENDMARK FINANCIAL SERVICES, LLC, 2118 USHER STREET, COVINGTON, GA 30014 |
| 14245267 | *+ | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 14321121 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14247687 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14498655 | *+ | Scolopax, LLC, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVE., STE 400, SEATTLE, WA 98121-3132 |
| 14212859 | ##+ | Fox and Fox, Attorneys at Law, P.C., 425 Swede Street, Suite 706, One Montgomery Plaza, Norristown, PA 19401-4852 |

TOTAL: 0 Undeliverable, 6 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2023         Signature:   /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 3, 2023 at the address(es) listed**

District/off: 0313-4 | User: admin | Page 5 of 5
Date Rcvd: Mar 03, 2023 | Form ID: 318 | Total Noticed: 76

**below:**

| Name | Email Address |
|---|---|
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust cwohlrab@raslg.com |
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor Wilmington Savings Fund Society  FSB, cwohlrab@raslg.com |
| DANIEL P. JONES | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing djones@sterneisenberg.com  bkecf@sterneisenberg.com |
| KEVIN G. MCDONALD | on behalf of Creditor The Bank of New York Mellon as Indenture Trustee for Nationstar Home Equity Loan Trust 2009-A bkgroup@kmllawgroup.com |
| KEVIN M. BUTTERY | on behalf of Creditor The Bank of New York Mellon as Indenture Trustee for Nationstar Home Equity Loan Trust 2009-A cdigianantonio@rascrane.com |
| LEONARD ZAGURSKIE, JR | on behalf of Debtor Robert Lee Boltz lzaglaw.usa@startmail.com |
| LEONARD ZAGURSKIE, JR | on behalf of Joint Debtor Linda L Boltz lzaglaw.usa@startmail.com |
| ROBERT H. HOLBER | trustee@holber.com  rholber@ecf.axosfs.com |
| ROBERT H. HOLBER | on behalf of Trustee ROBERT H. HOLBER trustee@holber.com  rholber@ecf.axosfs.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 10

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Robert Lee Boltz<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–7175<br>EIN  _ _ – _ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Linda L Boltz<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–0427<br>EIN  _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court | Eastern District of Pennsylvania | |
| Case number: | 18–16837–pmm | |

## Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Robert Lee Boltz                              Linda L Boltz

3/3/23                                       **By the court:** <u>Patricia M. Mayer</u>
                                                            United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                **Order of Discharge**                page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318 **Order of Discharge** page 2